Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4756
Email: mfloyd@ktslaw.com

Joseph R. Oliveri*
Steven J. Harrison*
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
jered@clarelocke.com
joe@clarelocke.com
steven@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant Gregory Gliner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ex Parte Application of<br><br>Gregory Gliner,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | MISCELLANEOUS CASE NO.:<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Dynadot, Inc. (the entity on which Mr. Gliner seeks to serve subpoenas for discovery)

| | | |
|---|---|---|
| 1 | Dated: April 11, 2024 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:   /s/ Michele Floyd |
| 3 | | Michele Floyd (SBN 163031) |
| 4 | | CLARE LOCKE LLP |
| 5 | | By:   /s/ Joseph R. Oliveri |
| | | Joseph R. Oliveri* (DC Bar No. 994029) |
| | | *Pro Hac Vice Application Forthcoming |
| | | *Attorneys for Applicant Gregory Gliner* |

**FILER ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 11th day of April, 2024, at San Francisco, California.

          */s/ Michele Floyd*
          Michele Floyd