1  Michele Floyd (SBN 163031)
   KILPATRICK TOWNSEND & STOCKTON LLP
2  2 Embarcadero Center, Suite 1900
   San Francisco, CA 94111
3  Telephone: (415) 273-4756
   Email: mfloyd@ktslaw.com
4
5  Joseph R. Oliveri*
   Steven J. Harrison*
   CLARE LOCKE LLP
6  10 Prince Street
   Alexandra, VA 22314
7  Telephone: (202) 628-7400
   Email: joe@clarelocke.com
8  Email: steven@clarelocke.com
   *Pro Hac Vice Application Forthcoming
9
   Attorneys for Applicant Gregory Gliner
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re Ex Parte Application of<br><br>Gregory Gliner,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | MISCELLANEOUS CASE NO.:<br><br>**DECLARATION OF GREGORY D. GLINER IN SUPPORT OF HIS *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

## DECLARATION OF GREGORY D. GLINER

I, Gregory D. Gliner, declare:

1. I am over the age of 18 and have personal knowledge of the facts set forth below, except as to those facts set forth upon information and belief. As to those facts, I believe them to be true. If called as a witness, I would and could testify competently to them. I make this Declaration pursuant to 28 U.S.C. § 1746 in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), being filed contemporaneously herewith. , am of sound mind, and make this Declaration on the basis of my personal knowledge.

2. I am a dual citizen of the United Kingdom and the United States and I have been a resident of the United Kingdom since 2015. My permanent residence and place of abode since 2016 has been London, England, where I live (and have continuously lived) with my wife Veronica Bourlakova (who I married in 2015) and our children.

3. I received Bachelor of Science and Bachelor of Arts degrees in Finance and History, respectively, in 2004. In 2011, I received Master of Business Administration (MBA) degrees from the London Business School and the Columbia Business School.

4. Since receiving my MBAs, I have worked in the business and investment fields at various large hedge funds in the United States and United Kingdom and one of the largest consulting firms in the world.

5. In 2015, I left the United States and moved permanently to the United Kingdom, and that same year I founded Ironwall Capital Management LLP ("Ironwall Capital Management"), a London-based global macro fund. I have served as the Chief Investment Officer of Ironwall Capital Management since founding it, and I also serve as a Director of Ironwall Capital Services Ltd. ("Ironwall Capital Services," and together with Ironwall Capital Management, "Ironwall Capital"), a London-based affiliate of Ironwall Capital Management.

6. In addition to my work at Ironwall Capital and in the investment industry, I am actively involved in philanthropic endeavors in the United Kingdom. To that end, I have since

2017 served as a director of a charitable organization dedicated to the prevention of child abuse in the United Kingdom and the support and treatment of victims of child abuse in the United Kingdom.

7. At the age of 29, I wrote a book, "Global Macro Trading: Profiting in a New World Economy," which was published by Bloomberg. I donated the proceeds from the book to charity.[1]

8. I have worked hard for years to earn a reputation in the United Kingdom as a successful, ethical, and upstanding investment advisor and businessman, and my reputation in the United Kingdom as such is key to my ability to attract clients and pursue and continue my business and employment.

9. I have been married to my wife, Veronica Bourlakova, since 2015. Veronica is the daughter of Oleg and Loudmila Bourlakov, and has an older sister, Elena. Mr. and Mrs. Bourlakov were born in Soviet Russia and Ukraine, and through a lifetime of work rose from humble beginnings to found and grow multi-billion-dollar businesses in a variety of industries across the globe. In 2018, Mrs. Bourlakova initiated divorce proceedings. Mr. Bourlakov passed away due to complications from COVID-19 in 2021 while the divorce proceedings were still pending.

10. There has been much litigation over the family wealth—including substantial litigation in the United Kingdom.[2] While those court cases have proceeded, various people opposing Loudmila's, Veronica's, and Elena's claims to the family wealth have pursued a campaign to publicly disparage their side of the family in an apparent effort to coerce them to abandon or settle their claims to the family wealth. That campaign has involved many false accusations of criminal conduct against the family that have been anonymously published online in posts pretending to be legitimate news articles.

11. I recently learned about the article on PoliticalLore.com headlined "Inheritance of Billionaire Oleg Burlakov – A Battle on an Epic Scale" (the "Article") that lists as its author an

---

[1] Gregory Gliner, *Global Macro Trading: Profiting in a New World Economy* (2014), https://www.amazon.co.uk/Global-Macro-Trading-Profiting-Bloomberg-ebook/dp/B00JUUZMG8.

[2] *See, e.g.*, *Bourlakova & Ors v Bourlakov & Ors*, Case No. BL-2020-001050 (Eng. ChD.)

"Edward Swensson."[3] The Article purports to describe a dispute and legal proceedings relating to the distribution of the estate of my wife's late father, Oleg Bourlakov.[4] In reality, though, it falsely describes that dispute and those proceedings.

12. As relevant to my Application, the Article makes many negative, disparaging, and highly damaging accusations against me, including accusations that I have engaged in criminal conduct like embezzlement and theft. The Article does so by stating, among other things, that "Gliner and the Bourlakovas remembered the good old 90ies in Russia where assets could be grabbed swiftly" and "started to engage in classic corporate raiding tactics to gain control over entities that hold assets they had not yet placed their hands on"; that I "us[ed]" "[a] Latvian notary ... in an attempt to obtain control over an enormous yacht built by Mr Bourlakov and to get a swift inheritance certificate" despite having no right or title to that yacht; and that "Gliner's plan was simple: Ludmila, who had authority over Mr Bourlakov's accounts, withdraws assets which then get transferred to accounts outside Mr Bourlakov's control. From thereon, funds would be placed in a trust and other vehicles that would ensure an [sic] juicy income stream for Veronica, Elena, Ludmila and Gliner without any need to exert oneself."

13. Those statements and accusations, as described in the preceding paragraph, are categorically and demonstrably false. I have dedicated my career to being an ethical and law-abiding businessman and have never engaged in any acts of embezzlement or theft of any kind. I have not "grabbed" "assets" that do not belong to me; I have not "engage[d] in classic corporate raiding tactics" to unlawfully obtain any corporate entity's or any person's assets; I have not "us[ed]" "[a] Latvian notary" to attempt to improperly take or assert dominion over a "yacht built by Mr Bourlakov" or thereby sought to "get a swift inheritance certificate"; and I was never part of any plan to "withdraw[] assets" from "Mr Bourlakov's accounts" to obtain income for my wife

---

[3] Edward Swensson, *Inheritance of Billionaire Oleg Burlakov – A Battle on an Epic Scale*, Political Lore (June 2, 2023), https://www.politicallore.com/inheritance-of-billionaire-oleg-burlakov-a-battle-on-an-epic-scale/36294.

[4] My wife's family name (last name)—Bourlakov (masculine version) or Bourlakova (feminine version)—is sometimes transliterated to English as "Burlakov"/"Burlakova." Similarly, my wife's mother's first name—Loudmila—is sometimes transliterated to English as "Ludmila" or "Lydmila."

(Veronica), my wife's sister (Elena), my wife's mother (Loudmila), myself, or any other person. All of those accusations are completely and utterly false.

14. I firmly believe that, by making the statements and accusations identified in the preceding paragraphs, the Article defames me. And I take very seriously that defamation because of the importance of my reputation for honesty and integrity to my career, my livelihood, my family, and myself.

15. Accordingly, I intend to file a lawsuit for defamation in the United Kingdom—where I have permanently lived since 2016 and am a citizen—against the person or persons responsible for the publication of the Article on PoliticalLore.com.

16. However, neither I nor my counsel, despite our best efforts, have been able to determine the identities of the person or persons who operate PoliticalLore.com or the person or persons who authored the Article and/or caused it to be published. PoliticalLore.com does not provide information about the identity of the person or persons who operate the website or who authored the Article. In fact, information to identify those people is affirmatively hidden by PoliticalLore's use of a privacy service by Dynadot, Inc. to register the website PoliticalLore.com. Thus, I have been unable, without the aid of judicial assistance and compulsory process, to identify the person or persons who operate PoliticalLore.com and/or the person or persons who authored and/or caused the Article to be published. As such, I have instructed my attorneys to file my Application.

17. When discovery obtained pursuant to the Application is received and reveals the identity of—or information that leads to the identity of—the person or persons who operate PoliticalLore.com and/or authored and/or caused the Article to be published, I intend to file a lawsuit against that person or persons in the United Kingdom for defamation. I have no intention of making or attempting to make Dynadot, Inc. a party to my English defamation lawsuit.

18. I have retained counsel in the United Kingdom—namely the law firm Mishcon de Reya LLP and attorneys Alexandra Whiston-Dew and Harry Eccles-Williams—to file and pursue

my defamation lawsuit in the United Kingdom against the person or persons who operate PoliticalLore.com and/or authored and/or caused the Article to be published.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of April, 2024, at Miami, Florida.

*Gregory D. Gliner*