Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4756
Email: mfloyd@ktslaw.com

Joseph R. Oliveri*
Steven J. Harrison*
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: joe@clarelocke.com
Email: steven@clarelocke.com
*Pro Hac Vice Application Forthcoming

Attorneys for Applicant Gregory Gliner

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Gregory Gliner,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery<br>for Use in Foreign Proceedings | MISCELLANEOUS CASE NO.:<br><br>**DECLARATION OF JOSEPH R.<br>OLIVERI IN SUPPORT OF GREGORY<br>GLINER'S *EX PARTE* APPLICATION<br>FOR AN ORDER PURSUANT TO<br>28 U.S.C. § 1782 GRANTING LEAVE TO<br>OBTAIN DISCOVERY FOR USE IN<br>FOREIGN PROCEEDINGS** |

## DECLARATION OF JOSEPH R. OLIVERI

I, Joseph R. Oliveri, declare:

1.      I am an attorney at law duly authorized to practice before the courts of the District of Columbia, I am a partner of the law firm Clare Locke LLP, and I am contemporaneously filing an application to appear in this matter *pro hac vice*.  I am over the age of 18, am not a party to his action, and make this Declaration on the basis of my personal knowledge and my review of publicly available information.  I submit this Declaration in support of support of Gregory Gliner's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), being filed contemporaneously herewith.

2.      I am counsel for Applicant Gregory Gliner ("Mr. Gliner").

3.      Mr. Gliner retained my law firm to prepare and submit his Application seeking discovery to aid in his to-be-filed lawsuit in the United Kingdom against the person or persons who operate the website PoliticalLore.com and/or authored and/or caused to be published on PoliticalLore.com the article headlined "Inheritance of Billionaire Oleg Burlakov – A Battle on an Epic Scale" (the "Article") that lists as its author an "Edward Swensson."[1]

4.      Based on my review of the website PoliticalLore.com, I have concluded that PoliticalLore.com does not provide information from which the person or persons who operate the website can be identified.

5.      Publicly available domain registration information for the PoliticalLore.com website (as obtained via a "WHOIS" search of the Internet Corporation for Assigned Names and Numbers ("ICANN") database), lists only "Dynadot Inc" as the registrant of PoliticalLore.com. That publicly available information does not include any information identifying the person or persons who operate the PoliticalLore.com website or who used Dynadot Inc. ("Dynadot"), a domain registration and privacy service company, to register the website PoliticalLore.com.

---

[1] Edward Swensson, *Inheritance of Billionaire Oleg Burlakov – A Battle on an Epic Scale*, Political Lore (June 2, 2023), https://www.politicallore.com/inheritance-of-billionaire-oleg-burlakov-a-battle-on-an-epic-scale/36294.

DECL. OF JOSEPH R. OLIVERI IN SUPP. OF GREGORY GLINER'S 28 U.S.C. § 1782 APPLICATION

6.     Based on my review of the Article, and also my review of the website PoliticalLore.com, I have concluded that neither contains information from which the person or persons who authored the Article, listed in the Article as "Edward Swensson," can be identified.

7.     I and other persons at Clare Locke LLP have conducted detailed research in an attempt to determine whether the "Edward Swensson" who is listed as the author of the Article is a real person.  Those search efforts identified only two people by the name "Edward Swensson" in the United States, and they uncovered no connections between those persons and PoliticalLore.com.  As such, I have concluded that "Edward Swensson" as listed in the Article is an alias/pseudonym and/or is a person located outside the United States who we cannot through reasonable efforts identify or obtain contact information.

8.     Based on the above, I and my law firm have been unable to identify the person or persons who operate the website PoliticalLore.com and/or the person or persons who authored and/or caused the Article to be published.

9.     Because PoliticalLore.com was registered using Dynadot's services—and because Dynadot's Terms of Use require that persons who use its services "provide to Dynadot accurate and reliable contact details and correct and update them within seven (7) days of any change during the term of a domain name's registration"—I believe that Dynadot possesses documents and information that will identify or will lead to the identity of the person or persons who operate the website PoliticalLore.com and the person or persons who authored and/or caused the Article to be published on PoliticalLore.com.  Attached hereto as **Exhibit 1** and incorporated herein by this reference is a copy of Dynadot's Terms of Use and Service Agreement, as printed from Dynadot's website, https://www.dynadot.com/terms-of-use.

10.    According to its public representations and filings, Dynadot Inc. maintains its principal office in San Mateo, California.

11.    Attached hereto as **Exhibit 2** and incorporated herein by reference is a true and correct     printout     of     the     "Contact"     section     of     Dynadot's     website,

https://www.dynadot.com/community/contact, which identifies Dynadot's address as "210 S Ellsworth Ave #345 San Mateo, CA 94401 US."

12.    Attached hereto as **Exhibit 3** and incorporated herein by reference is a true and correct copy of information relating to Dynadot as printed from the website of the California Secretary of State, https://bizfileonline.sos.ca.gov/search/business (search "Dynadot Inc."), which identifies Dynadot's "Principal Address" and "Mailing Address" as being in San Mateo, California.

13.    I have researched whether Dynadot has any office or presence in the United Kingdom and have not found any such office or presence in the United Kingdom.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 11th day of April, 2024, at Knoxville, Tennessee.

Joseph R. Oliveri

# Exhibit 1

Whoa! Don't miss out on these exclusive flash sales. ⚡ Find great deals on over 20 top-level domains. Shop now!   EN ∨   USD ($) ∨   X

 dynadot

# Dynadot Service Agreement

## Contents

| | | | |
|---|---|---|---|
| Part I: | Service Agreement | Part V: | Marketplace Network Partners |
| Part II: | Privacy Policy | Part VI: | Community Policy |
| Part III: | Dynadot Market | Appendix A: | Additional TLD Rules |
| Part IV: | Email, Hosting & SSL Services | Exhibit 01: | Donuts TLDs |

## TERMS OF USE

**Version date:** 2023-09-18

This agreement ("Agreement") is between Dynadot Inc, a Californian general stock corporation, and its affiliates, (collectively, "Dynadot") and you ("You"). WHEREAS, Dynadot provides registrar services and other services related to the domain name industry and to the internet ("Services") and manages this website and the Dynadot downloadable application ("App"), and You wish to review this website and/or App and/or utilize the Services. NOW THEREFORE, in consideration of the terms and conditions set out herein, and for other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties agree as follows:

**1   ACCEPTANCE OF AGREEMENT**

1.1   You agree to the terms and conditions outlined in this Agreement, including to the terms and conditions enumerated in the following parts, appendices and exhibits attached to and incorporated by reference to this agreement (each a "Part"):

    a)   Part I: Service Agreement
    b)   Part II: Privacy Policy
    c)   Part III: Dynadot Market
    d)   Part IV: Email, Hosting & SSL Services
    e)   Part V: Marketplace Network Partners
    f)   Part VI: Community Policy
    g)   Appendix A: Additional TLD Rules
    h)   Appendix B: TLD-Specific Periods

1.2   This Agreement constitutes the entire and only agreement between Dynadot and You, and supersedes all prior or contemporaneous agreements, representations, warranties and understandings with respect to the Services and the subject-matter of this Agreement.

1.3   You agree to review this Agreement prior to reviewing any information on this website or App, obtaining any documents from this website or App or interacting with this website or App.

1.4    This Agreement may be altered only by Dynadot. We will communicate without special advance notice to You, if a later Agreement will be posted on this website, and you should review the Agreement prior to using this website or App.

1.5    The following third parties shall be deemed the only third-party beneficiaries of this Agreement and shall be entitled to enforce the provisions of this Agreement as if they were parties hereto:

    a)    8648625 CANADA LTD, a Canadian Corporation;

    b)    Each of Your domain names' registry and registry operator; and,

    c)    If Verisign Inc. is the registry or registry operator of Your domain name, Verisign Inc. and its affiliates, and each of their directors, officers, employees, contractors, agents, successors and assigns.

## 2   ACCEPTABLE USE & CONTENT

2.1    The content, organization, gathering, compilation, magnetic translation, digital conversion and other matters related to this website and App are protected under applicable copyrights, trademarks and other proprietary (including but not limited to intellectual property) rights. The copying, redistribution, use or publication by You of any such content or any part of this website or App is strictly prohibited. You do not acquire ownership rights to any content or document obtained through this website or App. The posting of information or materials on this website and App does not constitute a waiver of any right in such information and materials.

2.2    You shall not republish, distribute, assign, sublicense, sell or prepare derivative of any content, form or document provided on this website or App. Unless otherwise stated herein, no part of any content, form or document may be reproduced in any form or incorporated into any information retrieval system, electronic or mechanical.

2.3    This website and App contain links to other websites. Dynadot is not responsible for the content, accuracy, or opinions expressed in such other websites, and such other websites are not investigated, monitored or checked for accuracy or completeness by Dynadot. Inclusion of any linked website does not imply approval or endorsement of the linked website by Dynadot. If You decide to leave this website or App and access a third-party website, You do so at Your own risk.

## 3   GENERAL

3.1    Dynadot reserves the right in its sole discretion to edit or delete any documents, information or other content appearing on this website or App.

3.2    You agree to indemnify, defend and hold harmless Dynadot and its partners, attorneys, directors, employees, agents, staff and affiliates from any liability, loss, claim and expense, including reasonable attorney fees, related to Your violation of this Agreement, use of this website, use of the App and acceptance of the Services.

3.3    Your right to use this website and App is not transferable and any password or right given to You to obtain access is not transferable.

3.4    The Services, the App and this website, including but not limited to information, forms and agreements within, are provided "as is", "as available" and all warranties, express or implied, are disclaimed (including but not limited to the disclaimer of any implied warranties of merchantability and fitness for a particular purpose). This website, the App and the Services may contain bugs, errors, problems or other limitations. Neither Dynadot nor any registry operator (nor any registry) shall have any liability whatsoever for Your use of the website, the App or any Service. In particular, but not as a limitation thereof, neither Dynadot nor any registry operator (nor any registry) shall be liable for any direct, indirect, special, incidental or consequential damages (including damages for loss of business, loss of profits, litigation or the like), whether based on breach of contract, breach of warranty, tort (including negligence), product liability or otherwise, even if advised of the possibility of such damages. The negation of damages set forth above is a fundamental element of the basis of the bargain between Dynadot and You. This website, the App and the Services would not be provided without such limitations. You understand and agree that Dynadot disclaims any loss or liability resulting from: (1) access delays or access interruptions to our web site or any Service; (2) data non-delivery or data mis-delivery; (3) acts of God; (4) the unauthorized use or misuse of Your account or any of the Services; (5) the inadvertent disclosure or theft of Your personal information; (6) errors, omissions, or misstatements in any and all information provided by Dynadot; (7) the deletion of, failure to store, or failure to process or act upon email messages, other mail and other means of communication; (8) the development or interruption of Your website and any Service; (9) errors in connection with the processing of Your application for any Service; (10) the processing of updated information to Your account; (11) the application of Dynadot's or any registry operator's or registry's dispute resolution policy; (12) the loss of registration, processing of, or use of any domain name; (13) the failure to renew the right to use a domain name; (14) the failure of or processing of any transfer request; (15) any corrective action Dynadot may take on Your account or Services provided to You as a result of Your violation of any term of this Agreement; (16) any rejection, cancellation, suspension, interruption, or termination of services provided by registries, registry operators or third party vendors; (17) the submission of proposed registration requests to registry operators or registries, including without limitation, Your ability or inability to obtain a particular domain name; (18) Your use of any hosting, email and website builder Service, spam protection, and any domain name utilizing any Afternic service, Sedo service or Uni Market services; (19) any failure or errors in renewing any Service; (20) service performance (throughput speed) levels; and, (21) any losses or damages related to any cancellation, discontinuation, expiration, or termination of any Service.

3.5    Each form and document should be treated as a guide or starting point and should not be considered a substitute for professional legal analysis. This website and the App are provided and each form, agreement and document is provided with the understanding and agreement that Dynadot is not engaged in rendering legal, accounting or other professional services. If legal or other expert assistance is required, the services of a competent professional should be sought. You assume all

responsibilities and obligations with respect to any decisions or advice made or given as a result of the use of any form, agreement or document and for the selection of a form, agreement or document to achieve Your intended results.

3.6    This Agreement shall be treated as though it were executed and performed in the State of California, San Mateo County, and shall be governed by and construed in accordance with the laws of the State of California (without regard to conflict of law principles). All legal proceedings arising out of or in connection with this Agreement, with anyone's use of this website or App or with anyone's use of the Services shall be brought solely either in the United States District Court for the Northern District of California or in the Superior Court of California, San Mateo County. You expressly submit to the exclusive jurisdiction of said courts and consent to extra-territorial service of process. Each party waives any objection (on the grounds of lack of jurisdiction, forum non conveniens or otherwise) to the exercise of such jurisdiction over it by any such courts. The United Nations Convention on Contracts for the International Sale of Goods shall not apply to the interpretation or enforcement of this Agreement.

3.7    You agree to waive Your rights to a trial by jury (regardless of the source of that right) in any action against Dynadot, including tort claims, arising from this Agreement. If Dynadot prevails in any litigation against You then Dynadot will receive from You all costs and reasonable, actual attorney fees incurred in that litigation.

3.8    Any cause of action related to anyone's use of this website or App (and/or information, forms and agreements, thereon) or Dynadot's Services must be instituted within six months after the cause of action arose or be forever waived and barred.

3.9    Unless otherwise stated herein, nothing herein shall be deemed to create an agency, joint venture, amalgamation, partnership or similar relationship between any parties and no party shall assume any obligation or responsibility on behalf of another party.

3.10    The language in this Agreement shall be interpreted as to its fair meaning and not strictly for or against either party.

3.11    This Agreement, along with all documents and information provided on this website and App, is executed in the English language. To the extent any translation is provided to you, it is provided for convenience purposes only, and in the event of any conflict between the English version and a translated version, the English version will control and prevail.

3.12    Should any part of this Agreement be held invalid or unenforceable, that portion shall be construed consistent with applicable law and the remaining portions shall remain in full force and effect.

3.13    To the extent that anything in or associated with this website or App is in conflict or inconsistent with this Agreement, this Agreement shall take precedence.

3.14    Failure of Dynadot to enforce any provision of this Agreement shall not be deemed a waiver of such provision or of the right to enforce such provision.

3.15    The titles and headings of this Agreement are for convenience and ease of reference only and shall not be utilized in any way to construe or interpret the agreement of the parties as otherwise set forth herein.

## PART I:

# SERVICE AGREEMENT

## 1   APPLICATION

1.1    This Part I (Service Agreement) applies to any person or entity which creates a user account with Dynadot, otherwise has control over a user account with Dynadot, or uses any of the services described herein.

## 2   ACCURACY OF REGISTRATION DATA

2.1    You shall provide to Dynadot accurate and reliable contact details and correct and update them within seven (7) days of any change during the term of a domain name's registration, including:
   a)    Your full name;
   b)    Your postal address;
   c)    Your e-mail address;
   d)    Your voice telephone number;
   e)    Your fax number, if available;
   f)    if you are an organization, association or corporation, the name of an authorized person for contact purposes;
   g)    the names of the primary nameserver and secondary nameserver(s) for the associated domain name;
   h)    the name, postal address, e-mail address, voice telephone number, and (if available) fax number of the technical contact for the associated domain name; and,
   i)    the name, postal address, e-mail address, voice telephone number, and (if available) fax number of the administrative contact for the associated domain name.

2.2    If You, directly or indirectly, willfully provide inaccurate or unreliable information to Dynadot, willfully fail to update information

2.2   If You, whether intentionally or through inattention, fail to maintain accurate information within the required time, submit inaccurate information provided to Dynadot within seven (7) days of any change, or fail to respond for over fifteen (15) days to inquiries by Dynadot concerning the accuracy of contact details associated with Your domain name, then such action or inaction, as appropriate, shall constitute a material breach of this Agreement and become a basis for suspension and/or cancellation of the associated domain name registration.

## 3   THIRD PARTIES, LICENSING & RESALE

3.1   Prior to reselling a domain name to a third party:
- a)   You shall notify that third party that the domain name is registered with Dynadot, a domain name registrar accredited by the Internet Corporation for Assigned Names and Numbers ("ICANN");
- b)   You shall notify that third party that You are neither a domain name registrar accredited by ICANN nor an authorized reseller of Dynadot's Services;
- c)   That third party shall furnish You with a written acceptance of this Agreement; and,
- d)   Any agreement between You and that third party shall provide that the terms of this Agreement shall prevail over the terms of the agreement between You and that third party.

3.2   If You license use of a domain name to a third party, then:
- a)   You remain responsible for providing Your own full contact information and for providing and updating accurate technical and administrative contact information adequate to facilitate timely resolution of any problems that arise in connection with the domain name; and,
- b)   You shall remain liable for harm caused by the wrongful use of the domain name, unless You disclose the current contact information provided by the licensee and the identity of the licensee within seven (7) days to a party providing You with reasonable evidence of actionable harm.

3.3   You shall provide notices and obtain consents equivalent to those enumerated under Part II (Privacy Policy) from any third-party individual whose personal data You supply to Dynadot.

3.4   You represent that, to the best of Your knowledge and belief, neither Your registration of a domain name nor the manner in which a domain name under Your control is directly or indirectly used shall result in the infringement of the legal rights of any third party.

## 4   DATA PROCESSING & SECURITY

4.1   Dynadot shall not process any personal data collected from You in a way incompatible with the purposes and other limitations about which Dynadot has provided notice to You in accordance with Part II (Privacy Policy).

4.2   You authorize Dynadot to process all account transactions and activities initiated through the use of Your account. You shall pay all fees and assume all liabilities arising from the use of Your account, including but not limited to circumstances these where transactions and/or activities are caused, directly or indirectly, by unauthorized parties.

4.3   You shall forthwith notify Dynadot of any unauthorized use of Your password, Your account, or any other breach of security.

4.4   You shall cooperate with Dynadot's security processes, including but not limited to secret questions and account locking processes, by providing complete, accurate, and truthful information.

4.5   Dynadot may, in its sole and absolute discretion, log off, delete, disable, or deactivate any account that is inactive for an extended period of time.

## 5   FEES

5.1   You shall pay Dynadot the applicable fees set forth in this Agreement and on this website or App at the time of Your purchase, upon receipt of an invoice from Dynadot and by the dates specified in the respective payment plan, as applicable.

5.2   You shall pay Dynadot's fees only in the currency required by Dynadot and only by way of the payment method required by Dynadot.

5.3   Unless otherwise stated herein, Dynadot shall neither refund nor credit any fee or amount paid.

5.4   An additional USD $15 processing fee shall apply to every wire transfer of an amount below USD $500.

5.5   An additional fee may apply to any wire transfer from third-parties intermediaries, including but not limited to banks based outside of the United States of America.

5.6   An additional fee, as stated on this website or App, shall apply for requests to Dynadot to reset the email address associated with Your account.

5.7   Additional fees may apply for processing of Services by means other than by email or electronically and for responding to and

handing of disputes requiring legal action.

5.8   You may deposit funds in Your account ("Pre-Pay") against which Dynadot shall credit its fees. No Pre-Pay amount is refundable unless otherwise stated herein.

5.9   An additional USD $20 processing fee, or as otherwise stated on this website or App, shall apply to every instance where Your check or other order for the payment of money is returned unpaid for any reason.

5.10   Dynadot may charge its fees against Your credit card or other payment service on Your account.

5.11   In order to use the direct debit functionality of our application, you must open a "Dwolla Account" provided by Dwolla, Inc. and you must accept the Dwolla Terms of Service and Privacy Policy. Any funds held in or transferred through your Dwolla Account are held or transferred by Dwolla's financial institution partners. You must be at least 18 years old to create a Dwolla Account. You authorize us to collect and share with Dwolla your personal information including full name, email address and financial information, and you are responsible for the accuracy and completeness of that data. You understand that you will access and manage your Dwolla Account through our application, and Dwolla account notifications will be sent by us, not Dwolla. We will provide customer support for your Dwolla Account activity.

5.12   A Make Offer Fee shall be refunded only as a credit on Your account. A Make Offer Fee shall only be credited back to Your account if the registrant of the respective domain name or its agent does not respond to You or Your agent within 30 days of You or Your agent placing an offer via Dynadot's Make Offer Service. For the purpose of this section, any response by the registrant or its agent, including but not limited to a response rejecting Your offer or refusing to further communicate with You or Your agent, shall be deemed a response disentitling You from a refund for the Make Offer Fee credit.

## 6   RENEWAL

6.1   Dynadot disclaims all warranties, express or implied, respecting the fee applicable to and the length of the renewal of any Service or portion thereof.

6.2   You shall be solely responsible for maintaining your own records and reminders respecting the expiry of any Service or portion thereof.

6.3   If You opt-in for automatic renewal of a Service but Dynadot is unable to process a transaction, then the automatic renewal shall not occur.

6.4   Every domain name renewal transaction is final, irreversible, non-refundable and ineligible for account credit.

## 7   DISPUTES

7.1   For the adjudication of disputes concerning or arising from use of a domain name, You shall submit, without prejudice to other potentially applicable jurisdictions, to:
   a)   The jurisdiction of the courts of Your domicile; and,
   b)   The jurisdiction of the United States District Court for the Northern District of California.

7.2   Your registration of a domain name shall be subject to suspension, cancellation, or transfer pursuant to:
   a)   Any consensus policy, specification, policy, procedure, program, bylaw and associated amendments issued by ICANN ("ICANN Rule"); and,
   b)   Any Dynadot, registrar or registry procedure not inconsistent with any ICANN Rule concerning (1) the correction of mistakes by Dynadot or the domain name's registry operator in registering the domain name or (2) the resolution of disputes concerning the domain name.

7.3   Unless otherwise stated herein, Dynadot may, in its sole and absolute discretion:
   a)   Refuse to provide or cease providing any Service or portion thereof;
   b)   Refuse to affect any transaction on Your account;
   c)   Delete, suspend, cancel, terminate, or otherwise interrupt any Service and/or Your account where such Service or account is used in connection with a morally objectionable activity, including but not limited to spam, fraud, illegal activity, defamation, slander, harassment, obscenity, profanity, indecency, deceptive practices, tortuous behavior, racism, bigotry, hatred, vulgarity, invasion of privacy, impersonation, intellectual property infringement, trademark infringement, copyright infringement, counterfeiting, piracy, unsolicited bulk e-mailing, phishing, pharming use of botnets, malware, any harm or threat of harm to a third party or to Dynadot, any activity contrary to applicable law and any activity or material deemed objectionable by Dynadot, in its absolute and sole discretion ("Objectionable Use Activity");
   d)   Delete, suspend, cancel, terminate, or otherwise interrupt any Service and/or Your account while investigating whether Your account is used in connection with any Objectionable Use Activity; and,
   e)   Treat any Objectionable Use Activity as a termination of this Agreement and deny any request for account credit and/or refund.

## 8   RESTORATION OF AN EXPIRED DOMAIN

8.1    Any domain name that is not renewed prior to its expiration date shall enter a post-expiration period ("Post-Expiration Period"), during which:

    a)    The domain name shall gain the Hold status and its nameserver information changed;

    b)    You shall have no right to access or to use the domain name;

    c)    You shall have no right to change the registrant information;

    d)    You shall have no right to generate any revenue from the domain name's parking services; and,

    e)    Dynadot shall provisionally renew the domain name registration on Your behalf in order to preserve Your ability to renew the domain name registration during the Post-Expiration Period, but such provisional renewal shall not entitle You to any rights to the domain name.

8.2    The Post-Expiration Period of a domain name shall be 40 calendar days. If Dynadot, in its absolute and sole discretion, allows You to renew Your domain name during the Post-Expiration Period, then the Post-Expiration Period shall also end on the day when Dynadot accepts Your payment for the domain name's renewal.

8.3    An additional restoration fee shall apply to any domain name renewal submitted in the last 10 calendar days of the Post-Expiration Period.

8.4    Dynadot may auction for sale any domain name that is not renewed within the lesser of the first 30 calendar days of the Post-Expiration Period and such other shorter time period applicable to the respective top-level domain as specified under Appendix B (TLD-Specific Periods).

8.5    Dynadot may transfer any domain name to another registrant if that domain name is not renewed within the Post-Expiration Period.

8.6    You shall have no right to transfer the domain name to another registrant or to another registrar in the last 10 calendar days of the Post-Expiration Period.

8.7    Subsequent to the conclusion of its Post-Expiration Period, a domain name that is neither sold by auction nor renewed shall enter a deletion period ("Deletion Period"), during which the domain name may be flagged for deletion by the respective registry or registry operator. However, there shall be no Deletion Period for any domain (a) that is sold by auction during the Post-Expiration Period or (b) with respect to which the respective registry or registry operator restricts the restoration of domain names.

8.8    The Deletion Period shall be 30 calendar days. If Dynadot, in its absolute and sole discretion, allows You to renew Your domain name during the Deletion Period, then the Deletion Period shall also end on the day when Dynadot accepts Your payment for the domain name's restoration.

8.9    Every domain name restoration transaction is final, irreversible, non-refundable and ineligible for account credit.

8.10   No domain name may be transferred during the 60 calendar days subsequent to the day that it is restored during the Deletion Period.

8.11   Every domain name that is transferred within 45 calendar days of its expiration date shall have its new expiration date reduced by 1 calendar year. Such a transfer shall be final, irreversible, non-refundable and ineligible for account credit despite the loss of the 1 calendar year.

8.12   Notwithstanding anything to the contrary herein, the terms and conditions of the Post-Expiration Period and the Deletion Period of every domain are subject to the policies and requirements of the respective registries and registry operators. These policies and requirements may include, but are not limited to, limitations respecting Your rights and obligations during these periods, changes to the lengths of these periods, and the elimination of one or both of these periods.

## 9   DOMAIN PARKING

9.1    Dynadot shall implement its own parked page ("Default Parked Page") for every new registered domain name until such time that You input nameserver values for the domain name.

9.2    A domain name set to Default Parked Page may contain third-party links and commercial advertising related to the domain name's meaning and to Your competitors.

9.3    The Default Parked Page may contain links to other websites. Dynadot shall not be responsible for the content, accuracy, or opinions expressed in such other websites, and such other websites are not investigated, monitored or checked for accuracy or completeness by Dynadot. Inclusion of any linked website does not imply approval or endorsement of the linked website by Dynadot.

## 10   NEW REGISTRATION DELETION

10.1   You may request that Dynadot delete the registration of a domain name that You registered within the 5 preceding calendar

days or within such other timeframe as specified on this website or App ("Deletion Request").

10.2  Dynadot may not satisfy a Deletion Request:
- a)  Where the Deletion Request is made within 24 hours preceding the stated deadline;
- b)  Where the Deletion Request would cause an excess deletion fee by the respective registry or registry operator;
- c)  Where the Deletion Request is disallowed by the respective registry or registry operator;
- d)  Where you fail to pay Dynadot's fee applicable to the Deletion Request;
- e)  Which Dynadot determines, in its absolute and sole discretion, as an abuse of the Deletion Request service; or,
- f)  For any other reason as determined by Dynadot, in its absolute and sole discretion.

10.3  Subsequent to satisfying a Deletion Request, Dynadot may, in its absolute and sole discretion, provide You with account credit or refund less all Dynadot fees applicable to the Deletion Request.

## 11   TRANSFER OF DOMAIN NAME

11.1  Unless otherwise stated herein, You may request that Dynadot transfer a domain name from another registrar and, where the transfer is between two Dynadot accounts, You may request that Dynadot transfer a domain name from or to another registrant.

11.2  Unless otherwise stated herein, a domain name may not be transferred unless the transferor registrant or its authorized agent provides express authorization for the transfer. Dynadot shall treat the party listed as the Administrative Contact in the RDDS Output of the registrar of the respective domain as the authorized agent for the transferor registrant.

11.3  You expressly appoint Dynadot as Your Designated Agent to approve any Change of Registrant request and to opt out of a 60-day lock.

11.4  Circumstances where a domain name may not be transferred include but are not limited to:
- a)  Where the registrar of the transferor or of the transferee refuses to process the transfer;
- b)  Where the policies of the registry or registry operator of the domain name forbid the transfer;
- c)  Where there is a dispute concerning or arising from the use of the domain name;
- d)  A court order prohibiting the transfer of the domain name;
- e)  Where there is dispute over the identity of the registrant or its agent;
- f)  Where there is evidence suggesting fraud concerning or arising from the use of the domain name;
- g)  During the 60 days immediately subsequent to the restoration of the respective expired domain name;
- h)  Subsequent to the Post-Expiration Period of the respective domain name;
- i)  Where You are in default of any obligation towards Dynadot; and,
- j)  Where the domain name has the Hold status or is locked.

11.5  Dynadot shall not be treated as the registrar of a domain name transferred from a registrar other than Dynadot until Dynadot issues a notice accepting the transfer request.

11.6  Where You are a transferor registrant, neither You nor Your agent(s) shall change any of the contact information of Your account until after the transfer is complete.

11.7  Dynadot disclaims all warranties, express or implied, respecting the expiration date of a domain name immediately subsequent to its transfer. You understand and agree that the length of the registration period of Your domain name immediately subsequent to the transfer of Your domain name is subject to the policies of other registrars and registries.

## 12   DOMAIN PRE-ORDERS

12.1  Where applicable, You may purchase registration rights to a domain name offered through the respective registry's or registry operator's back-order service or sunrise period service ("Pre-Order").

12.2  All Pre-Orders shall be subject to the applicable terms and conditions of the registry and the registry operator, including but not limited to:
- a)  Sunrise application, registration and dispute resolution policies;
- b)  Your obligation to ensure that a sunrise application or sunrise registration contains true, accurate and up to date information, and is made in good faith, for a lawful purpose and does not infringe the rights of any third party; and,
- c)  Data collection and processing policies.

12.3  Dynadot may, in its absolute and sole discretion, process Your Pre-Order through Dynadot's backorders service. Any Pre-Order processed through Dynadot's backorders service shall be subject to the terms and conditions applicable to Backorders under Part III (Dynadot Market).

12.4  Dynadot disclaims all warranties, express or implied, respecting the availability of any domain name for a Pre-Order purchase.

12.5  Any Pre-Order purchase may be reversed by Dynadot, in its sole and absolute discretion. Dynadot shall provide You with

account residual equal to the Pre-Order purchase price where Dynadot reverses the Pre-Order.

## 13 APPLICATION PROGRAMMING INTERFACE

13.1 You shall not, and shall not permit any third party to:

a) reverse engineer or otherwise attempt to discover the source code of or trade secrets embodied in Dynadot's application programming interface ("API") or any portion thereof;

b) distribute, transfer, grant sublicenses to, or otherwise make available the API (or any portion thereof, or any data derived out of its use) to third parties;

c) embed or incorporate in any manner the API (or any element thereof, or any data derived out of its use) into other applications or third parties;

d) create modifications to or derivative works of the API;

e) reproduce the API;

f) attempt or permit any third party to attempt to modify, alter, or circumvent the license control and protection mechanisms within the API;

g) use or transmit the API in violation of any applicable law, rule or regulation, including any export/import laws;

h) use or transmit the API in a manner that causes or contributes to, directly or indirectly, the degradation of the API service, this website or App or in a manner determined by Dynadot, in its absolute and sole discretion, as abusive of the API service; or,

i) in any way access, use, or copy any portion of the API code (including the logic and/or architecture thereof and any trade secrets included therein) to directly or indirectly develop, promote, distribute, sell or support any product or service that is competitive with the API.

13.2 Dynadot shall retain all ownership rights in and to the API, its associated marks, functionality, documentation, deliverables, support services, updates, upgrades, other derivative works of the API and all intellectual property rights incorporated into or related to the foregoing. All rights not expressly licensed by Dynadot under this Agreement are reserved.

## 14 ACCOUNT LOCK FEATURE

14.1 You may request Dynadot to enable on Your account enhanced security features ("Account Lock Feature") intended to assist You with preventing the theft or hijacking of Your account and Your domain name(s).

14.2 To enable Account Lock Feature:

a) You shall provide Dynadot, at Your sole expense, with the number of Your mobile telephone device;

b) Your mobile telephone device must be capable of text messaging;

c) You shall verify Your mobile telephone device as required by Dynadot; and,

d) You shall pay Dynadot's fees applicable to the verification process.

14.3 To disable Account Lock Feature, You shall follow the verification process required by Dynadot.

14.4 You shall be solely responsible for any third-party fees arising out of Your verification of Your mobile telephone device.

## 15 TLD-SPECIFIC RULES

15.1 You understand and agree that any Service may be, wholly or partially, limited by the policies of the registry and the registry operator of the respective domain name.

15.2 Subject to section 15.3 below, if You register or gain control of, directly or indirectly, a domain name of a top-level domain listed under Appendix A (Additional TLD Rules), then You agree to the additional terms and conditions applicable to a registrant of the respective top-level domain as specified under Appendix A (Additional TLD Rules) and all applicable exhibits, as well as all other terms, conditions, operational standards, policies, procedures and practices of the respective registry and registry operator.

15.3 Notwithstanding anything to the contrary herein, none of the additional terms and conditions referred to under section 15.2 above shall be deemed legally binding on Dynadot or create any obligation on behalf of Dynadot. This clause shall survive the termination of this Agreement.

15.4 If You register or gain control of, directly or indirectly, a domain name of a .CA top-level domain, then You acknowledge and agree that the registrar of the respective domain shall be deemed to be 8648255 Canada Ltd., a Canadian corporation certified to act as a registrar of the .CA registry in accordance with its registrar agreement with the Canadian Internet Registration Authority.

15.5 You shall, within thirty days of demand from the respective party, indemnify, defend and hold harmless the respective registry and registry operator of a domain name, as well as their respective affiliates, subsidiaries, owners, directors, managers, officers, employees, contractors, service providers and agents, from and against any and all claims, damages, liabilities, costs, and expenses (including reasonable legal fees and expenses and including on appeal) arising out of or relating in any way to:

a) Your domain name registration, including, without limitation, the use, registration, extension, renewal, deletion, and/or transfer thereof and/or the violation of any applicable terms or conditions governing the registration; and,

b) Your use of a second level domain.

15.6   You understand and agree that, where required by the respective registry or registry operator:

    a)   the registration fee of a domain name shall be subject to the variable pricing applicable to the registry operator's standard domain names and premium domain names;

    b)   the renewal fee of a domain name may differ from the renewal fee of other domain names in the same or other category of top-level domains; and,

    c)   the registry and the registry operator may periodically conduct technical analysis to assess whether Your domain name is used to perpetrate security threats, such as pharming, phishing, malware, and botnets.

15.7   You understand and agree that the registry or the registry operator of a domain name may, but is not obligated to, reject the registration of the respective domain name, delete, revoke, suspend, reject, cancel or transfer Your domain name and Your Pre-Order and place Your domain name on registry lock, hold or similar status, in its absolute and sole discretion, for any of the following reasons:

    a)   to enforce registry policies, ICANN Rules and other polices adopted by any industry group generally recognized as authoritative with respect to the integrity and stability of the internet;

    b)   where the respective domain's registration or Pre-Order was not accompanied by complete and accurate information, or where required information is not updated or corrected in accordance with registry policies or ICANN Rules;

    c)   to protect the integrity and stability of the registry operator's and registry's operations;

    d)   to comply with applicable laws, regulations, policies or any holding, order, or decision by a competent court, administrative authority or dispute resolution service provider;

    e)   to establish, assert, or defend the legal rights of the registry, registry operator or a third party, or to avoid any actual or potential civil or criminal liability on the part of or damage to the registry operator or its affiliates, subsidiaries, contracted parties, officers, directors, representatives, employees, contractors, and stockholders;

    f)   to correct mistakes made by the registry operator, the registry or any registrar in connection with the respective registration or Pre-Order;

    g)   with respect to a Pre-Order, where the registry operator or registry receives notice that the respective signed mark data file is under dispute; and,

    h)   as otherwise provided in this Agreement and the agreement between Dynadot and the respective registry or registry operator.

<div align="center">PART II:</div>

# PRIVACY POLICY

Protecting our customers' privacy and personal information is of paramount importance and fundamental to the way Dynadot does business.

## 1   APPLICATION

1.1   This Part II (Privacy Policy) applies to any person who accepts services from Dynadot, visits this website or App, or provides Dynadot with personal information. The terms herein may change from time to time, so you should review them for changes periodically.

## 2   DATA PROTECTION OFFICER

2.1   For the purpose of this Part II (Privacy Policy), the contact information for Dynadot's data protection officer is:
Data Protection Officer
DataProtectionOfficer@dynadot.com
1-866-262-3399

## 3   IDENTIFYING PURPOSE

3.1   Dynadot identifies the reasons for processing personal data before or at the time of collection. Unless required by law, Dynadot does not use or disclose, for any new purpose, personal data that has been processed without first identifying and documenting the purpose and obtaining Your consent.

3.2   Dynadot may process the following information about You ("Processed Information"): registration data about the registered name holder, Google referral sources, page visits, address, name, password, phone number, IP address, domain searches and associated TLD rankings, single sign-on (Open ID), forum views and posts, chats, account creation, order placement, form submissions, how you heard about us, payment information, call start and duration, referring page, referral landing page, birthdate, and security questions and answers. If You use the App, Processed Information shall include partial geographic location information, ID of Your device, phone camera permissions and mobile phone photo gallery permissions.

3.3   The purposes for processing Processed Information include, but are not limited to: troubleshooting errors, abuse detection, targeted marketing, localizing data, site and usage statistics, communication with You, account creation, collection of registration data, provisioning of Services, provisioning of Services via the App, compliance with ICANN requirements, transfer of registration data to registry, registry operator, registry operator back-end service, data escrow agent, ICANN contractual compliance, emergency back-end registry operator, public RDDS/WHOIS, transfer of payment data to payment processor and address verifier, ACH Payments Provider, transfer of phone number to text message processor, disclosure of

non-public RDDS/WHOIS to third parties, ICANN and registry data retention requirements, to comply with applicable laws, regulations, policies or any holding, order, or decision by a competent court, administrative authority or dispute resolution service provider, and to establish, assert, or defend our legal rights, to avoid any actual or potential civil or criminal liability on our part and our affiliates, subsidiaries, contracted parties, officers, directors, representatives, employees, contractors, and stockholders.

3.4    You understand and agree that the processing of Processed Information is required for the provisioning of Services and for compliance with ICANN and registry requirements.

## 4   RIGHTS TO ACCESS, RECTIFICATION & PROCESSING RESTRICTION

4.1    You may request and obtain from Dynadot's data protection officer confirmation as to whether or not personal data concerning You is being processed by Dynadot and, where that is the case, the following:
  a)    access to the personal data;
  b)    the purposes of the processing;
  c)    the categories of personal data concerned;
  d)    the recipients or categories of recipient to whom the personal data have been or will be disclosed;
  e)    where possible, the envisaged period for which the personal data will be stored, or, if not possible, the criteria used to determine that period;
  f)    where the personal data are not collected from You, any information available to Dynadot as to their source;
  g)    where personal data are transferred to a third country or to an international organisation, information respecting safeguards relating to the transfer; and,
  h)    the existence of any automated decision-making, profiling, meaningful information about the logic involved and the significance and the envisaged consequences of such processing for You.

4.2    You may request Dynadot's data protection officer to restrict the processing of or to rectify personal data concerning You. Dynadot may refrain from complying with any portion of such request where such compliance would undermine Dynadot's ability to establish, exercise or defend legal claims or conflict with Dynadot's reasonable grounds for processing which override Your interests, rights and freedoms.

4.3    You may lodge a complaint about Dynadot's performance under this Part II (Privacy Policy) with a supervisory authority of a member state of the European Union.

4.4    Notwithstanding anything to the contrary herein, Dynadot may refrain from complying with any requirements of this Section 4 (Rights to Access, Rectification & Processing Restriction) where Dynadot is unable to reasonably determine Your identity.

4.5    Dynadot may refrain from complying with any successive access request(s) under this Section 4 (Rights to Access, Rectification & Processing Restriction) until You pay Dynadot's reasonable fee(s) for same.

## 5   RIGHT TO PORTABILITY

5.1    Any information furnished by Dynadot in response to a request under this Part II (Privacy Policy) shall be in a structured, commonly used and machine-readable format.

5.2    You may request Dynadot to transmit any information furnished by Dynadot in response to a request under this Part II (Privacy Policy) to a third-party.

## 6   RIGHT TO ERASURE

6.1    Dynadot shall maintain reasonable controls and practices for retention and erasure of personal data that is no longer necessary or relevant for the identified purposes or required by law to be retained.

6.2    You may request Dynadot's data protection officer to erase personal data concerning You. Dynadot shall comply with such a request where:
  a)    the personal data is no longer necessary in relation to the purposes for which it was collected or otherwise processed;
  b)    You withdraw consent on which the processing is based and where there is no other legal ground for the processing;
  c)    You object to the processing and there are no overriding legitimate grounds for the processing;
  d)    the personal data have been unlawfully processed; or,
  e)    the personal data have been collected in relation to the offer of information society services to a child.

6.3    Notwithstanding anything to the contrary herein, Dynadot may refrain from complying with any requirements of this Section 6 (Right to Erasure) where such compliance:
  a)    undermines Dynadot's ability to establish, exercise or defend legal claims;
  b)    conflicts with Dynadot's reasonable grounds for processing which override Your interests, rights and freedoms;
  c)    undermines an individual's right of freedom of expression and information;
  d)    undermines archiving in the public interest, statistical purposes, or for scientific or historical research; or,
  e)    undermines Dynadot's compliance with a legal obligation.

## 7   SAFEGUARDS

7.1   Dynadot shall protect personal data against such risks as loss, misuse, unauthorized access or disclosure, alteration, or destruction through appropriate security measures. Dynadot shall protect the information regardless of the format in which it is held.

## PART III:

# DYNADOT MARKET

## 1   APPLICATION

1.1   This Part III (Dynadot Market) applies to any person or entity which accesses, uses or seeks to access or use Dynadot's market ("Dynadot Market").

## 2   GENERAL

2.1   No part of the Dynadot Market shall be accessible to You unless You register a user account with Dynadot.

2.2   Notwithstanding anything to the contrary herein, at no time shall Dynadot be deemed as an auctioneer or an escrow agent.

## 3   MARKETPLACE DOMAINS

3.1   Neither You nor Your agent shall advertise a domain name with an unexpired registration date for sale at a fixed price ("Marketplace Domain") on the Dynadot Market unless:
   a)   You own the Marketplace Domain;
   b)   You are entitled to sell the Marketplace Domain;
   c)   The sale of the Marketplace Domain does not infringe on any other party's intellectual property rights, trademark or copyright;
   d)   The transfer of the Marketplace Domain does not violate any other term of this Agreement; and,
   e)   The Marketplace Domain is not and will not become, in the reasonably foreseeable future, as determined by Dynadot in its sole and absolute discretion, related to a dispute regulated by an ICANN Rule or to any Objectionable Use Activity.

3.2   A Marketplace Domain shall be transferred to a buyer's account only after Dynadot receives payment for the full amount of the fixed price.

3.3   No Marketplace Domain may be transferred to another account or to another registrar during:
   a)   where the respective buyer's purchase is not subject to an instalment payment plan, the 30 calendar days subsequent to the day that the Marketplace Domain is transferred to a buyer following the Marketplace Domain's sale on the Dynadot Market; or,
   b)   where the respective buyer's purchase is subject to an instalment payment, the 30 calendar days subsequent to the final payment under the respective payment plan; and,
   the respective domain name shall gain a buy-lock status during this period.

3.4   If You sell a Marketplace Domain on the Dynadot Market and the respective buyer's purchase is not subject to an instalment payment plan, then Your account shall be credited, within 10 business days, an amount equal to the price at which the respective Marketplace Domain sold less a percentage equal to Dynadot's commission fee, as specified elsewhere on this website or App.

3.5   If You sell a Marketplace Domain on the Dynadot Market and the respective buyer's purchase is subject to an instalment payment plan, then Your account shall be credited, within 10 business days of each date when the buyer makes a payment under the payment plan, an amount equal to the buyer's respective payment under the payment plan, except the first such payment under the respective payment plan which shall instead equal to the amount of the buyer's first payment under the respective payment plan less a percentage equal to Dynadot's commission fee, as specified elsewhere on this website or App, applicable to the price at which the respective Marketplace Domain sold.

3.6   If Dynadot determines, in its sole and absolute discretion, that You breached any term of this Agreement, that Your account was used in connection with any Objectionable Use Activity or that the sale of a Marketplace Domain on the Dynadot Market is connected with any Objectionable Use Activity, then Dynadot may, in its sole and absolute discretion and without liability to You, Your agents or to any third party:
   a)   delete, suspend, cancel or otherwise reverse any sale on the Dynadot Market;
   b)   delete, suspend, cancel or otherwise reverse any credit and payment issued in connection with a sale on the Dynadot Market; and,
   c)   transfer any domain name previously transferred in connection with a sale on the Dynadot Market, including but not limited to transferring the domain name to the respective seller's account or to a separate holding account.

3.7   Subject to the terms of this Agreement and notwithstanding anything to the contrary communicated by the seller of a Marketplace Domain, the sale of a Marketplace Domain on the Dynadot Market shall only grant the buyer control and

possession of the respective domain name.

3.8   The transfer of a Marketplace Domain consequent to its sale on the Dynadot Market shall not extend the expiration date of the domain name.

3.9   Subject to section 3.11 below, no Marketplace Domain sold subject to an instalment payment plan and transferred to the respective buyer's account may be transferred to another account or to another registrar until all payments under the respective payment plan are made by the buyer. The respective domain name shall gain a buy-lock status during this period.

3.10  A Marketplace Domain sold subject to an instalment payment plan shall gain a Hold status and have its nameservers disabled 3 calendar days after the buyer fails to make a scheduled payment under the respective payment plan. The respective Hold status shall be removed and the nameservers reactivated if the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date.

3.11  A Marketplace Domain sold subject to an instalment payment plan shall be transferred back to the respective seller 14 calendar days after the buyer fails to make a scheduled payment under the respective payment plan unless the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date. No payment made by the buyer under the respective payment plan shall be refundable despite the return of the respective domain name to the seller.

## 4   EXPIRED DOMAINS

4.1   A domain name with an expired registration date ("Expired Domain Name") advertised for sale on the Dynadot Market shall not be deemed sold and will not be transferred to the winning bidder unless:
   a)   The Expired Domain Name is not renewed by the respective former registrant;
   b)   The Expired Domain Name is not transferred to another account;
   c)   Where the Expired Domain Name is sold free of an instalment payment plan, Dynadot receives payment for the full amount of the bid within the specified time period; and,
   d)   Where the Expired Domain Name is sold subject to an instalment payment plan, Dynadot receives payment for the full amount of the first scheduled payment under the respective payment plan within the specified time period.

4.2   With respect to an Expired Domain Name that is sold free of an instalment payment plan, if You paid Dynadot for Your winning bid and the Expired Domain Name is renewed by its former registrant, Dynadot shall either credit your account for an amount equal to Your winning bid or, at Dynadot's sole and absolute discretion, refund You for an amount equal to Your winning bid.

4.3   With respect to an Expired Domain Name that is sold subject to an instalment payment plan, if You paid Dynadot for the first scheduled payment under the respective payment plan and the Expired Domain Name is renewed by its former registrant, Dynadot shall either credit your account for an amount equal to this payment or, at Dynadot's sole and absolute discretion, refund You for an amount equal to this payment.

4.4   A bid for an Expired Domain Name for an amount in excess of the total of the respective current bid and the minimum bid increment shall become a proxy bid ("Proxy Bid").

4.5   If Your bid is the winning bid at the end of the bidding period, You shall pay Dynadot an amount equal to Your winning bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) within the lesser of 48 hours of the end of the bidding period and such other time period as required by Dynadot. If Dynadot does not receive payment from the winning bidder within the time period required under this section, then the bidder of the second highest bid may become the winning bidder and may pay Dynadot an amount equal to this second highest bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan applicable to the second bid) within the lesser of the subsequent 24 hours and such other time period as required by Dynadot.

4.6   No Expired Domain Name may be transferred to another account or to another registrar during:
   a)   where the respective buyer's purchase is not subject to an instalment payment plan, the 15 calendar days subsequent to the day that the Expired Domain Name is transferred to a buyer following the Expired Domain Name's sale on the Dynadot Market; or,
   b)   where the respective buyer's purchase is subject to an instalment payment plan, the 15 calendar days subsequent to the final payment under the respective payment plan; and,
   the respective domain name shall gain an auction-lock status during this period.

4.7   If a bid for an Expired Domain Name is posted within the last 5 minutes of the end of its bidding period, then the end of its bidding period shall be extended by 5 minutes.

4.8   Subject to section 4.10 below, no Expired Domain Name sold subject to an instalment payment plan and transferred to the respective buyer's account may be transferred to another account or to another registrar until all payments under the respective payment plan are made by the buyer. The respective domain name shall gain a buy-lock status during this period.

4.9   An Expired Domain Name sold subject to an instalment payment plan shall gain a Hold status and have its nameservers disabled 3 calendar days after the buyer fails to make a scheduled payment under the respective payment plan. The respective Hold status shall be removed and the nameservers reactivated if the buyer cures the payment default prior to the

14th calendar day after the scheduled payment date.

4.10   An Expired Domain Name sold subject to an instalment payment plan shall be transferred out of the respective buyer's account 14 calendar days after the buyer fails to make a scheduled payment under the respective payment plan unless the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date. No payment made by the buyer under the respective plan shall be refundable despite the removal of the respective domain name from the buyer's account.

## 5   BACKORDERS

5.1   Dynadot shall not complete an order to obtain registration rights for a domain name subsequent to its release by the respective registry ("Backorder") where:
   a)   More than 1 order for the respective domain name is placed; or;
   b)   Dynadot is unable to obtain the registration rights for the respective domain name for any reason whatsoever.

5.2   Dynadot disclaims all warranties, express or implied, respecting the availability of any domain name for a Backorder purchase.

5.3   You shall pay Dynadot's fee for Your Backorder (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) no later than 48 hours commencing from the date of the respective domain name's registration date.

5.4   If more than 1 Backorder is placed for the same domain name and Dynadot was able to obtain the registration rights for the respective domain name, then the domain name shall be auctioned for sale ("Backorder Auction").

5.5   A domain name subject to a Backorder Auction shall not be deemed sold and will not be transferred to the winning bidder unless Dynadot receives payment for the full amount of the bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) within the specified time period.

5.6   A bid for a domain name subject to a Backorder Auction for an amount in excess of the total of the respective current bid and the minimum bid increment shall become a proxy bid ("Proxy Bid").

5.7   If Your bid is the winning bid at the end of the bidding period, You shall pay Dynadot an amount equal to Your winning bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) within the lesser of 48 hours of the end of the bidding period and such other time period as required by Dynadot. If Dynadot does not receive payment from the winning bidder within the time period required under this section, then the bidder of the second highest bid may become the winning bidder and may pay Dynadot an amount equal to this second highest bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan applicable to the second bid) within the lesser of the subsequent 24 hours and such other time period as required by Dynadot.

5.8   If a bid for a Backorder Auction is posted within the last 5 minutes of the end of its bidding period, then the end of its bidding period shall be extended by 5 minutes.

5.9   Subject to section 5.11 below, no domain name subject to a Backorder Auction and sold subject to an instalment payment plan and transferred to the respective buyer's account may be transferred to another account or to another registrar until all payments under the respective payment plan are made by the buyer. The respective domain name shall gain a buy-lock status during this period.

5.10   A domain name subject to a Backorder Auction and sold subject to an instalment payment plan shall gain a Hold status and have its nameservers disabled 3 calendar days after the buyer fails to make a scheduled payment under the respective payment plan. The respective Hold status shall be removed and the nameservers reactivated if the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date.

5.11   A domain name subject to a Backorder Auction and sold subject to an instalment payment plan shall be transferred out of the respective buyer's account 14 calendar days after the buyer fails to make a scheduled payment under the respective payment plan unless the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date. No payment made by the buyer under the respective plan shall be refundable despite the removal of the respective domain name from the buyer's account.

## 6   USER AUCTIONS

6.1   Neither You nor Your agent shall advertise a domain name with an unexpired registration date for sale on the user auctions page ("User Auction Domain") of the Dynadot Market unless:
   a)   You own the User Auction Domain;
   b)   You are entitled to sell the User Auction Domain;
   c)   The sale of the User Auction Domain does not infringe on any other party's intellectual property rights, trademark or copyright;
   d)   The transfer of the User Auction Domain does not violate any other term of this Agreement; and

    e)    The User Auction Domain is not and will not become, in the reasonably foreseeable future, as determined by Dynadot in its sole and absolute discretion, related to a dispute regulated by an ICANN Rule or to any Objectionable Use Activity.

6.2    Neither You nor Your agent may:
    a)    Rescind, delete, suspend, cancel, terminate, or otherwise interrupt the auction of a User Auction Domain, except that You may terminate the auction of a User Auction Domain if no bids have been placed on the respective User Auction Domain;
    b)    Unless otherwise stated herein, transfer a domain name subject to a User Auction Domain to another account, registrant or registrar; and,
    c)    Delete a domain name subject to a User Auction Domain.

6.3    A User Auction Domain shall be transferred to a buyer's account only after Dynadot receives payment for the full amount of the winning bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan).

6.4    No User Auction Domain may be transferred to another account or to another registrar during:
    a)    where the respective buyer's purchase is not subject to an instalment payment plan, the 30 calendar days subsequent to the day that the respective domain name is transferred to a buyer following the domain name's sale on the Dynadot Market; or,
    b)    where the respective buyer's purchase is subject to an instalment payment plan, the 30 calendar days subsequent to the final payment under the respective payment plan; and,
    the respective domain name shall gain a buy-lock status during this period.

6.5    If You sell a User Auction Domain on the Dynadot Market and the respective buyer's purchase is not subject to an instalment payment plan, Your account shall be credited, within 10 business days, an amount equal to the winning bed less a percentage equal to Dynadot's commission fee, as specified elsewhere on this website or App.

6.6    If You sell a User Auction Domain on the Dynadot Market and the respective buyer's purchase is subject to an instalment payment plan, then Your account shall be credited, within 10 business days of each date when the buyer makes a payment under the payment plan, an amount equal to the buyer's respective payment under the payment plan, except the first such payment under the respective payment plan which shall instead equal to the amount of the buyer's first payment under the respective payment plan less a percentage equal to Dynadot's commission fee, as specified elsewhere on this website or App, applicable to the price at which the respective User Auction Domain sold.

6.7    If Dynadot determines, in its sole and absolute discretion, that You breached any term of this Agreement, that Your account was used in connection with any Objectionable Use Activity or that the sale of a User Auction Domain on the Dynadot Market is connected with any Objectionable Use Activity, then Dynadot may, in its sole and absolute discretion and without liability to You, Your agents or to any third party:
    a)    delete, suspend, cancel or otherwise reverse any sale on the Dynadot Market;
    b)    delete, suspend, cancel or otherwise reverse any credit and payment issued in connection with a sale on the Dynadot Market; and,
    c)    transfer any domain name previously transferred in connection with a sale on the Dynadot Market, including but not limited to transferring the domain name to the respective seller's account or to a separate holding account.

6.8    Subject to the terms of this Agreement and notwithstanding anything to the contrary communicated by the seller of a User Auction Domain, the sale of a User Auction Domain on the Dynadot Market shall not grant the buyer rights to anything except control and possession of the respective domain name.

6.9    The transfer of a User Auction Domain consequent to its sale on the Dynadot Market shall not extend the expiration date of the domain name.

6.10    A bid for a User Auction Domain for an amount in excess of the total of the respective current bid and minimum bid increment shall become a proxy bid ("Proxy Bid").

6.11    If Your bid is the winning bid at the end of the bidding period, You shall pay Dynadot an amount equal to Your winning bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) within 72 hours of the end of the bidding period.

6.12    If a bid for a User Auction Domain is posted within the last 5 minutes of the end of its bidding period, then the end of its bidding period shall be extended by 5 minutes.

6.13    Subject to section 6.15 below, no User Auction Domain sold subject to an instalment payment plan and transferred to the respective buyer's account may be transferred to another account or to another registrar until all payments under the respective payment plan are made by the buyer. The respective domain name shall gain a buy-lock status during this period.

6.14    A User Auction Domain sold subject to an instalment payment plan shall gain a Hold status and have its nameservers disabled 3 calendar days after the buyer fails to make a scheduled payment under the respective payment plan. The respective Hold

status shall be removed and the nameservers reactivated if the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date.

6.15 A User Auction Domain sold subject to an instalment payment plan shall be transferred back to the respective seller 14 calendar days after the buyer fails to make a scheduled payment under the respective payment plan unless the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date. No payment made by the buyer under the respective plan shall be refundable despite the return of the respective domain name to the seller.

## 7   LAST CHANCE AUCTIONS

7.1     A domain name relisted for sale on the Dynadot Market subsequent to its rescinded sale on the Dynadot Market ("Last Chance Domain") shall not be deemed sold and will not be transferred to the winning bidder unless:
   a)     The Last Chance Domain is not transferred to another account.
   b)     Where the Last Chance Domain Name is sold free of an instalment payment plan, Dynadot receives payment for the full amount of the bid within the specified time period; and,
   c)     Where the Last Chance Domain is sold subject to an instalment payment plan, Dynadot receives payment for the full amount of the first scheduled payment under the respective payment plan within the specified time period.

7.2     With respect to a Last Chance Domain that is sold free of an instalment payment plan, if You paid Dynadot for Your winning bid and the Last Chance Domain is renewed by its former registrant, Dynadot shall either credit your account for an amount equal to Your winning bid or, at Dynadot's sole and absolute discretion, refund You for an amount equal to Your winning bid.

7.3     With respect to a Last Chance Domain that is sold subject to an instalment payment plan, if You paid Dynadot for the first scheduled payment under the respective payment plan and the Last Chance Domain is renewed by its former registrant, Dynadot shall either credit your account for an amount equal to this payment or, at Dynadot's sole and absolute discretion, refund You for an amount equal to this payment.

7.4     The transfer of a Last Chance Domain consequent to its sale on the Dynadot Market shall not extend the expiration date of the domain name.

7.5     A bid for a Last Chance Domain for an amount in excess of the total of the respective current bid and the minimum bid increment shall become a proxy bid ("Proxy Bid").

7.6     If Your bid is the winning bid at the end of the bidding period, You shall pay Dynadot an amount equal to Your winning bid (or, where the sale is subject to an instalment payment plan, an amount equal to the first scheduled payment under the respective payment plan) within 72 hours of the end of the bidding period.

7.7     No Last Chance Domain may be transferred to another account or to another registrar during:
   a)     where the respective buyer's purchase is not subject to an instalment payment plan, the 15 calendar days subsequent to the day that the Last Chance Domain is transferred to a buyer following the Last Chance Domain's sale on the Dynadot Market; or,
   b)     where the respective buyer's purchase is subject to an instalment payment plan, the 15 calendar days subsequent to the final payment under the respective payment plan; and,
   the respective domain name shall gain an auction-lock status during this period.

7.8     If a bid for a Last Chance Domain is posted within the last 5 minutes of the end of its bidding period, then the end of its bidding period shall be extended by 5 minutes.

7.9     Subject to section 7.11 below, no Last Chance Domain sold subject to an instalment payment plan and transferred to the respective buyer's account may be transferred to another account or to another registrar until all payments under the respective payment plan are made by the buyer. The respective domain name shall gain a buy-lock status during this period.

7.10    A Last Chance Domain sold subject to an instalment payment plan shall gain a Hold status and have its nameservers disabled 3 calendar days after the buyer fails to make a scheduled payment under the respective payment plan. The respective Hold status shall be removed and the nameservers reactivated if the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date.

7.11    A Last Chance Domain sold subject to an instalment payment plan shall be transferred out of the respective buyer's account 14 calendar days after the buyer fails to make a scheduled payment under the respective payment plan unless the buyer cures the payment default prior to the 14th calendar day after the scheduled payment date. No payment made by the buyer under the respective plan shall be refundable despite the removal of the respective domain name from the buyer's account.

## 8   REGISTRY EXPIRED DOMAINS

8.1     A domain name advertised for sale on the Dynadot Market by its registry or registry operator ("Registry Domain Name") shall not be deemed sold and will not be transferred to the winning bidder unless Dynadot receives payment for the full amount of the bid within the specified time period.

8.2   A bid for a Registry Domain Name for an amount in excess of the total of the respective current bid and the minimum bid increment shall become a proxy bid ("Proxy Bid").

8.3   No Registry Domain Name may be transferred to another account or to another registrar during the 15 calendar days subsequent to the day that the Registry Domain Name is transferred to a buyer following the Registry Domain Name's sale on the Dynadot Market. The respective domain name shall gain an auction-lock status during this period.

8.4   If a bid for a Registry Domain Name is posted within the last hour of the end of its bidding period, then the end of its bidding period shall be extended by one hour.

8.5   Notwithstanding anything to the contrary herein, the terms and conditions applicable to Registry Domain Names are subject to the policies and requirements of the respective registries and registry operators, including but not limited to fees applicable to the placement of bids. These policies and requirements may include, but are not limited to, limitations respecting Your rights and obligations during these periods, changes to the lengths of these periods, and the elimination of one or both of these periods.

## 9   PROXY BIDDING

9.1   If a bidder submits a Proxy Bid for a domain name whose current bid exceeds or equals all preceding Proxy Bids, then the Dynadot Market shall post that the bidder submitted a bid equal to the current bid plus the respective minimum bid increment.

9.2   If a bidder for a domain name submits a bid for an amount less than another bidder's respective Proxy Bid, then the Dynadot Market shall post the bid and subsequently post a bid for an amount equal to this bid plus the respective minimum bid increment, causing the bidder of the Proxy Bid to remain the current high bidder.

9.3   A bid for a domain name that equals another bidder's preceding Proxy Bid shall cause the other bidder's Proxy Bid to become the current bid.

9.4   A Proxy Bid may not be rescinded, and the amount of a Proxy Bid may not be reduced.

<div align="center">

**PART IV:**

# EMAIL, HOSTING & SSL SERVICES

</div>

## 1   APPLICATION

1.1   This Part IV (Email, Hosting & SSL Services) applies to any person or entity which accesses, uses or seeks to access or use Dynadot's email hosting service ("Email Hosting"), advanced web hosting service ("Advanced Web Hosting"), site builder hosting service ("Site Builder Hosting"), VPS web hosting service ("VPS Web Hosting"), secure sockets layer certificates service ("SSL Services") or the single-page website hosting service ("Free One Page Hosting").

1.2   Dynadot shall not be responsible for any maintenance, changes, modifications, HTML coding, scripting, or programming of any of Your websites.

1.3   Dynadot shall determine, in its absolute and sole discretion, the IP numbers, IP addresses and servers applicable to Your use of Email Hosting, Advanced Web Hosting, Site Builder Hosting, VPS Web Hosting, SSL Services and Free One Page Hosting. Dynadot may, in its absolute and sole discretion, change or remove any and all IP numbers, IP addresses and servers applicable to Your use of Email Hosting, Advanced Web Hosting, Site Builder Hosting, VPS Web Hosting, SSL Services and Free One Page Hosting.

## 2   INELIGIBILITY

2.1   Email Hosting, Advanced Web Hosting, Site Builder Hosting, VPS Web Hosting, SSL Services and Free One Page Hosting shall not be available with respect to a domain name:
   a)   During its Post-Expiration Period;
   b)   During its Deletion Period;
   c)   At any time when the domain name's registration period expired or flagged for deletion;
   d)   At any time when the domain name's DNS records direct to any server other than a Dynadot server;
   e)   Subsequent to the domain name's transfer to another registrar or account; and,
   f)   If Dynadot determines, in its sole and absolute discretion, that You breached any term of this Agreement or that Your account was used in connection with any Objectionable Use Activity.

## 3   BANDWIDTH LIMIT

3.1   An additional fee, as stated on this website or App, shall apply if You exceed the storage, megabytes, or bandwidth limitations applicable to Your specific service plan (Email Hosting, Advanced Web Hosting, Site Builder Hosting, VPS Web Hosting, SSL Services and Free One Page Hosting service plans, as applicable).

## 4   NO BACK-UP

4.1   Dynadot shall not be responsible for Your files residing on the servers selected by Dynadot. You are solely responsible for independent back-up of data stored on the servers selected by Dynadot.

## 5   ADVANCED WEB HOSTING

5.1   Subject to section 5.2 below, if You register or gain control of, directly or indirectly, a domain name utilizing Advanced Web Hosting or if Your domain name utilizes Advanced Web Hosting, then You agree to the additional terms and conditions in: https://www.leaseweb.com/sites/default/files/Legal/US_ENG_B2B_LeaseWeb_Policies.pdf.

5.2   Notwithstanding anything to the contrary herein, none of the additional terms and conditions referred to under section 5.1 above shall be deemed legally binding on Dynadot or create any obligation on behalf of Dynadot. This clause shall survive the termination of this Agreement.

## 6   SSL Services

6.1   Subject to section 6.3 below, if You register or gain control of, directly or indirectly, a domain name utilizing Alpha SSL or if Your domain name utilizes Alpha SSL, then You agree to the additional terms and conditions in: https://www.alphassl.com/repository/index.html.

6.2   Subject to section 6.3 below, if You register or gain control of, directly or indirectly, a domain name utilizing Let's Encrypt SSL or if Your domain name utilizes Let's Encrypt SSL, then You agree to the additional terms and conditions in: https://letsencrypt.org/repository/.

6.3   Notwithstanding anything to the contrary herein, none of the additional terms and conditions referred to under section 6.1 and section 6.2 above shall be deemed legally binding on Dynadot or create any obligation on behalf of Dynadot. This clause shall survive the termination of this Agreement.

## 7   SITE BUILDER HOSTING & VPS WEB HOSTING

7.1   An account utilizing Site Builder Hosting or VPS Web Hosting for any of its domains name shall be billed against the account's default payment method at the end of each 30-day period or yearly, as applicable, for each respective service.

## 8   FREE ONE PAGE HOSTING SERVICES

8.1   You may elect to direct Your domain name to Free One Page Hosting.

8.2   Where you elect to direct Your domain name to Free One Page Hosting:
   a)   Dynadot may display on the respective domain name's website third party commercial advertising and links to Dynadot's website, App and/or to third party websites ("FOPH Advertising");
   b)   Dynadot may earn revenue from related to the FOPH Advertising; and,
   c)   You shall not be entitled to any portion of the revenue earned from the FOPH Advertising.

8.3   FOPH Advertising may contain third-party links and commercial advertising related to the domain name's meaning and to Your competitors.

8.4   You shall be solely responsible for hosting any image file, audio file, video file or any other file required for the proper use of Free One Page Hosting, other than the single-page directed to by the respective domain name.

8.5   Free One Page Hosting shall not be available with respect to any domain name during its Post-Expiration Period, during its Deletion Period, at any time when the domain name's registration period expired or flagged for deletion, and/or with respect to any of Your domain names if Dynadot determines, in its sole and absolute discretion, that You breached any term of this Agreement or that Your account was used in connection with any Objectionable Use Activity.

8.6   You shall not, directly or indirectly, seek to generate web traffic to any of Your domain names that utilizes Free One Page Hosting by:
   a)   Furnishing links leading to the domain name through or to newsgroups, bulk e-mailing, ICQ posting, chat room posting, iframes, zero pixel frames, hitbots, clickbots, spiders, cgi-scripts, JavaScript, click farms, or any other similar method;
   b)   Begging, asking, enticing, or incentivizing others to click on the advertising links displayed on the domain name's respective webpage; or,
   c)   Misrepresenting to others that they may receive anything other than an internet search page and/or results by clicking on a text link or a search box.

**PART V:**

# MARKETPLACE NETWORK PARTNERS

**1  APPLICATION**

1.1     This Part V (Marketplace Network Partners) applies to any person or entity which accesses, uses or seeks to access or use Dynadot's Services in conjunction with Afternic services, Sedo services or Uni Market services (each a "Marketplace Network Partner's Services").

**2  GENERAL**

2.1     Subject to section 2.2 below, if You register or gain control of, directly or indirectly, a domain name utilizing any Marketplace Network Partner's Services or if Your domain name utilizes any Marketplace Network Partner's Services, then You agree to the additional terms and conditions in the service agreement of the respective third-party (Afternic, Sedo or Uni Market, as applicable).

2.2     Notwithstanding anything to the contrary herein, none of the additional terms and conditions referred to under section 2.1 above shall be deemed legally binding on Dynadot or create any obligation on behalf of Dynadot. This clause shall survive the termination of this Agreement.

2.3     A domain name utilizing any Marketplace Network Partner's Services may lose every transfer lock status.

2.4     You expressly appoint Dynadot as Your Designated Agent to approve any Change of Registrant request with respect to a domain name utilizing a Marketplace Network Partner's Services.

2.5     No Marketplace Network Partner's Services shall be available with respect to a domain name:
   a)     During its Post-Expiration Period;
   b)     During its Deletion Period;
   c)     At any time when the domain name's registration period expired or was flagged for deletion;
   d)     Subsequent to the domain name's transfer to another registrar or account; and,
   e)     If Dynadot determines, in its sole and absolute discretion, that You breached any term of this Agreement or that Your account was used in connection with any Objectionable Use Activity.

2.6     A domain sold in accordance with a Marketplace Network Partner's Services may be transferred to the respective buyer forthwith.

<div align="center">

**PART VI:**

</div>

# COMMUNITY POLICY

**1  APPLICATION**

1.1     This Part VI (Community Policy) applies to any person or entity which accesses, uses or seeks to access or use Dynadot's blogs, forums or user public profile (each a "Public Communication Channel").

**2  PROMOTIONAL POSTS**

2.1     Your information and content on any Public Communication Channel may promote a business, product, or service only if:
   a)     the information or content is valuable for Dynadot's users and is relevant to the specific discussion in the respective Public Communication Channel, as determined by Dynadot in its absolute and sole discretion; and,
   b)     You disclose all commercial relationships that You have with the promoted business, product, or service, as applicable, including but not limited to any relationship respecting payment, reciprocal advertising arrangement, conflicts of interest, and any non-commercial relationship.

**3  GENERAL**

3.1     Dynadot shall not be obligated to publish any of Your information or content on any Public Communication Channel.

3.2     Dynadot may, in its absolute and sole discretion, remove or modify any of Your information or content on any Public Communication Channel without notice.

3.3     Dynadot shall not be obligated to store, maintain or provide You a copy of any content or information on any Public Communication Channel.

3.4     You grant Dynadot a worldwide, perpetual, non-exclusive, transferable and sublicensable right to use, copy, modify, distribute, publish and process information and content that You submit to any Public Communication Channel without any further consent from and notice and compensation to You and any other third-party.

3.5     You shall not submit information or content to any Public Communication Channel if such submission is an Objectionable Use Activity.

3.6   All information and content that You submit to any Public Communication Channel shall be truthful.

3.7   Dynadot is not responsible for the content, accuracy, or opinions expressed in any Public Communication Channel, and the respective content and information is not investigated, monitored or checked for accuracy or completeness by Dynadot. Dynadot neither approves nor endorses any information or content on any Public Communication Channel.

## APPENDIX A
## ADDITIONAL TLD RULES

| Top Level Domains | ADDITIONAL APPLICABLE TERMS AND CONDITIONS |
|---|---|
| .com | All terms and conditions contained in: https://www.verisign.com/assets/com-registrar-agreement.doc |
| .net | All terms and conditions contained in: https://www.verisign.com/assets/net-registrar-agreement.docx |
| .name | All terms and conditions contained in: https://www.verisign.com/assets/name-registrar-agreement.doc |
| .org | All terms and conditions contained in: https://thenew.org/app/uploads/2019/09/org_RRA_2015-1.pdf |
| .机构 | All terms and conditions contained in: https://thenew.org/app/uploads/2019/09/xn-nqv7f_RRA-Final.pdf |
| .opr | All terms and conditions contained in: https://thenew.org/app/uploads/2019/09/xn-c1avg_RRA-Final.pdf |
| .संगठन | All terms and conditions contained in: https://thenew.org/app/uploads/2019/09/xn-i1b6b1a6a2e_RRA-Final.pdf |
| .ngo | All terms and conditions contained in: https://thenew.org/app/uploads/2019/09/RRA-ngo-12_11_14.pdf |
| .us | All terms and conditions contained in: https://www.ntia.doc.gov/files/ntia/publications/technical_proposal_volume_1.pdf |
| .me | All terms and conditions contained in: https://domain.me/wp-content/uploads/2014/10/RegistryRegistrarAgreement.pdf |
| .eu .ею | All terms and conditions contained in: https://eurid.eu/en/register-a-eu-domain/rules-for-eu-domains/ |
| .pro | All terms and conditions contained in: https://www.icann.org/resources/unthemed-pages/pro-appendix-8-2010-04-22-en |
| .in | All terms and conditions contained in: |

https://www.registry.in/system/files/Terms_and_Conditions_for_Registrants_1_1.pdf

| | |
|---|---|
| .la | All terms and conditions contained in:<br>https://www.rrpproxy.net/Legal/Terms_and_Conditions.html<br>https://www.rrpproxy.net/Legal/Registration_Agreement.html<br>https://www.la/e/terms<br>https://www.la/e/privacy |
| .am | All terms and conditions contained in:<br>https://www.rrpproxy.net/Legal/Terms_and_Conditions.html<br>https://www.rrpproxy.net/Legal/Registration_Agreement.html<br>https://www.amnic.net/policy/en/Policy_EN.pdf<br>https://www.amnic.net/faq/en/ |
| .cx | All terms and conditions contained in:<br>https://www.rrpproxy.net/Legal/Terms_and_Conditions.html<br>https://www.rrpproxy.net/Legal/Registration_Agreement.html<br>http://www.nic.cx/christmas/CX-WHOIS-NOV-2011.pdf<br>http://www.nic.cx/christmas/CX-RA-NOV-2011.pdf |
| .im | All terms and conditions contained in:<br>https://www.nic.im/pdfs/termsandconditions.pdf |
| .cymru | All terms and conditions contained in:<br>https://registrars.nominet.uk/gtlds/registry-registrar-agreement/cymru-wales-registry-registrar-agreement/ |
| .wales | All terms and conditions contained in:<br>https://registrars.nominet.uk/gtlds/registry-registrar-agreement/cymru-wales-registry-registrar-agreement/ |
| .london | All terms and conditions contained in:<br>https://domains.london/policies/ |
| .boston | All terms and conditions contained in:<br>https://mmx.co/uploads/archive/policies/Boston_Registration_Policies_Final.pdf |
| .uk | All terms and conditions contained in:<br>https://media.nominet.uk/wp-content/uploads/2018/05/22141655/Ts-and-Cs-of-Domain-Name-Registration.pdf<br>https://media.nominet.uk/wp-content/uploads/2018/05/22141819/dotUK-Rules-of-Registration.pdf |
| .vc | All terms and conditions contained in:<br>https://afilias-grs.info/system/files/attachments/MRAA%20--%20VC_Dec2010.pdf |
| .sc | All terms and conditions contained in:<br>https://afilias-grs.info/system/files/attachments/MRAA%20--%20LC_Dec2010.pdf |
| .bz | All terms and conditions contained in:<br>https://afilias-grs.info/system/files/attachments/MRAA%20--%20BZ.pdf |
| .lc | All terms and conditions contained in:<br>https://afilias-grs.info/system/files/attachments/MRAA%20--%20LC_Dec2010.pdf<br>http://www.nic.lc/policies.htm |
| .mn | All terms and conditions contained in:<br>https://afilias-grs.info/system/files/attachments/MRAA%20--%20MN_Dec2010.pdf<br>http://file.domain.mn/REGISTRATION_AGREEMENT.pdf |

| .ca | All terms and conditions contained in:<br>https://cira.ca/policy/legal-agreement/registrant-agreement |
|---|---|
| .kiwi | All terms and conditions contained in:<br>https://hello.kiwi/policies_files/Dot_Kiwi_Registrant_Agreement_v1.pdf |
| .lt | All terms and conditions contained in:<br>https://www.domreg.lt/informacija/dokumentai/procedural-regulation.pdf |
| .nl | All terms and conditions contained in:<br>https://www.sidn.nl/en/about-sidn/general-terms-and-conditions??language_id=2 |
| .pl | All terms and conditions contained in:<br>https://www.dns.pl/en/pl_domain_name_regulations |
| .ph | All terms and conditions contained in:<br>https://www.dot.ph/corporate/psa |
| .dev | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-dev-form.pdf |
| .page | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-page-form.pdf |
| .app | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-app-form.pdf |
| .how | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-how-form.pdf |
| .soy | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-soy-form.pdf |
| .みんな | All terms and conditions contained in:<br>http://services.google.com/fh/files/misc/crr-rra-minna-form.pdf |
| .shop | All terms and conditions contained in:<br>https://nic.shop/policies/registration_policy.pdf |
| .tokyo .nagoya .yokohama<br>.okinawa | All terms and conditions contained in:<br>https://www.gmoregistry.com/en/policy/ |
| .voting | All terms and conditions contained in:<br>http://www.nic.voting/policies/index_en.html |
| .be | All terms and conditions contained in:<br>https://www.dnsbelgium.be/en/registrars/documents |
| .so | All terms and conditions contained in:<br>https://sonic.so/policies/ |
| .at | All terms and conditions contained in:<br>https://www.nic.at/en/my-at-domain/registration/registration-guidelines<br>https://www.nic.at/en/good_to_know/legal-backgrounds/privacy-policy |

| | |
|---|---|
| .ink .gay | All terms and conditions contained in:<br>https://toplevel.design/policy |
| .lv | All terms and conditions contained in:<br>https://www.nic.lv/en/policy |
| .mx | All terms and conditions contained in:<br>https://www.registry.mx/jsf/static_content/domain/policies_first_new.jsf |
| .ren | All terms and conditions contained in:<br>http://nic.ren/en/h-col-108.html |
| .wang | All terms and conditions contained in:<br>http://en.zodiac.wang/policy.html |
| .koeln .cologne | All terms and conditions contained in:<br>https://nic.koeln/en/Policies |
| .wien | All terms and conditions contained in:<br>https://www.nic.wien/de/wien/policies |
| .paris | All terms and conditions contained in:<br>http://bienvenue.paris/registry-policies-paris/ |
| .quebec | All terms and conditions contained in:<br>https://registre.quebec/en/policy/ |
| .РУС | All terms and conditions contained in:<br>http://rusnames.ru/en/rules.pl |
| .nyc | All terms and conditions contained in:<br>https://www.ownit.nyc/policies |
| .sucks | All terms and conditions contained in:<br>https://www.get.sucks/policies |
| .sx | All terms and conditions contained in:<br>http://registry.sx/registrars/legal |
| .tel | All terms and conditions contained in:<br>https://www.do.tel/policies/ |
| .osaka | All terms and conditions contained in:<br>https://domain.osaka/en/legal/ |
| .cloud | All terms and conditions contained in:<br>https://www.get.cloud/partner-with-us/policies.aspx |
| .menu | All terms and conditions contained in:<br>http://www.nic.menu/#documents |
| .build | All terms and conditions contained in:<br>https://registrar.build/registry-policies/ |

| | |
|---|---|
| .bid | All terms and conditions contained in:<br>http://nic.bid/resources.html |
| .stream | All terms and conditions contained in:<br>http://nic.stream/resources.html |
| .win | All terms and conditions contained in:<br>http://nic.win/resources.html |
| .trade | All terms and conditions contained in:<br>http://nic.trade/resources.html |
| .webcam | All terms and conditions contained in:<br>http://nic.webcam/resources.html |
| .qpon | All terms and conditions contained in:<br>https://www.dotqpon.com/wp-content/uploads/2018/06/REGISTRY-REGISTRAR-AGREEMENT.pdf |
| .cricket | All terms and conditions contained in:<br>http://nic.cricket/resources.html |
| .loan | All terms and conditions contained in:<br>http://nic.loan/resources.html |
| .faith | All terms and conditions contained in:<br>http://nic.faith/resources.html |
| .taipei | All terms and conditions contained in:<br>https://hi.taipei/en/policy_policies.html |
| .download | All terms and conditions contained in:<br>http://nic.download/resources.html |
| .party | All terms and conditions contained in:<br>http://nic.party/resources.html |
| .science | All terms and conditions contained in:<br>http://nic.science/resources.html |
| .racing | All terms and conditions contained in:<br>http://nic.racing/resources.html |
| .date | All terms and conditions contained in:<br>http://nic.date/resources.html |
| .men | All terms and conditions contained in:<br>http://nic.men/resources.html |
| .世界 | All terms and conditions contained in:<br>http://www.stabletone.com/en/policies |
| .health | All terms and conditions contained in:<br>https://get.health/documentation |

| | |
|---|---|
| .ac | All terms and conditions contained in:<br>https://www.nic.ac/policy.htm |
| .io | All terms and conditions contained in:<br>https://www.nic.io/policy.htm |
| .sh | All terms and conditions contained in:<br>https://www.nic.sh/policy.htm |
| .asia .网站 .xn--5tzm5g | All terms and conditions contained in:<br>https://www.dot.asia/dotasia-organisation/policy-development/ |
| .Autos .Boats .Homes .Yachts | All terms and conditions contained in:<br>https://dominionregistries.domains/policies/ |
| .me | All terms and conditions contained in:<br>https://domain.me/policies/ |
| .global | All terms and conditions contained in:<br>https://go.global/global-policies |
| .сайт | All terms and conditions contained in:<br>http://cyrillicregistry.net/site-pravila-ru/ |
| .онлайн | All terms and conditions contained in:<br>http://cyrillicregistry.net/online-pravila-ru/ |
| .بازار | All terms and conditions contained in:<br>http://dotbazaar.net/registration-policy/ |
| .scot | All terms and conditions contained in:<br>https://dot.scot/wp-content/uploads/2018/05/scot_Registration_Policy_20180525.pdf |
| .berlin | All terms and conditions contained in:<br>https://dot.berlin/registrierungsregeln-policies |
| .lat | All terms and conditions contained in:<br>https://www.nic.lat/policies/ |
| .ws | All terms and conditions contained in:<br>https://www.website.ws/newdesign/documents/Domain%20Name%20Registration%20Agreement.pdf |
| .ooo | All terms and conditions contained in:<br>http://www.nic.ooo/policies/ooo-policies |
| .love | All terms and conditions contained in:<br>http://get.love/wp-content/uploads/2020/02/Policies-dotlove-06-Feb-2020.pdf |
| .ink .wiki .design | All terms and conditions contained in:<br>https://toplevel.design/policy |
| .rest | All terms and conditions contained in:<br>https://www.register.rest/policies/ |

| .observer | All terms and conditions contained in:<br>http://www.nic.observer/registration-agreement/ |
| .fans | All terms and conditions contained in:<br>http://nic.fans/en/h-col-104.html |
| .baby | All terms and conditions contained in:<br>https://nic.baby/files/XYZ-registry-domain-name-policies.pdf |
| .college | All terms and conditions contained in:<br>https://nic.college/files/XYZ-domain-name-policies.pdf |
| .protection | All terms and conditions contained in:<br>https://nic.protection/files/XYZ-domain-name-policies.pdf |
| .rent | All terms and conditions contained in:<br>https://nic.rent/files/XYZ-domain-name-policies.pdf |
| .security | All terms and conditions contained in:<br>https://nic.security/files/XYZ-domain-name-policies.pdf |
| .storage | All terms and conditions contained in:<br>https://nic.storage/files/XYZ-registry-domain-name-policies.pdf |
| .theatre | All terms and conditions contained in:<br>https://nic.theatre/files/XYZ-domain-name-policies.pdf |
| .xyz | All terms and conditions contained in:<br>https://nic.xyz/downloads/XYZ-domain-name-policies.pdf |
| .monster | All terms and conditions contained in:<br>https://nic.monster/files/XYZ-registry-domain-name-policies.pdf |
| .art | All terms and conditions contained in:<br>http://nic.art/policies/ |
| .cam | All terms and conditions contained in:<br>https://nic.cam/#resources |
| .tickets | All terms and conditions contained in:<br>https://nic.tickets/pdfs/DotTickets-Policies-v3-July2017.pdf |
| .coop | All terms and conditions contained in:<br>https://www.coop/wp-content/uploads/2017/05/140103-registration_agreement.pdf<br>https://identity.coop/policies/ |
| .fm | All terms and conditions contained in:<br>https://dot.fm/policy.cfm<br>http://radio.fm/policy/ |
| .gdn | All terms and conditions contained in:<br>http://www.nic.gdn/policy/Anti_Abuse_Policy_v1.0.pdf<br>http://www.nic.gdn/policy/Domain_Policy_v1.0.pdf<br>http://www.nic.gdn/policy/IDN_Policy_v1.0.pdf<br>http://www.nic.gdn/policy/Sunrise_Policy_v1.0.pdf<br>http://www.nic.gdn/policy/Dispute_Policy_v1.0.pdf<br>http://www.nic.gdn/policy/Sunrise_Dispute_Resolution_Policy_v1.0.pdf |

| | |
|---|---|
| | http://www.nic.gdn/policy/WHOIS_Policy_v1.0.pdf |
| .pw | All terms and conditions contained in:<br>https://registry.pw/policies/ |
| .vg | All terms and conditions contained in:<br>https://nic.vg/terms.php |
| .archi | All terms and conditions contained in:<br>https://domains.archi/about/dispute-resolution<br>https://domains.archi/about/afilias-anti-abuse-policy<br>https://domains.archi/archi_policy |
| .bio | All terms and conditions contained in:<br>https://domains.bio/about/dispute-resolution<br>https://domains.bio/about/afilias-anti-abuse-policy<br>https://domains.bio/bio_policy |
| .ski | All terms and conditions contained in:<br>https://domains.ski/about/dispute-resolution<br>https://domains.ski/about/afilias-anti-abuse-policy<br>https://domains.ski/ski_policy |
| .bet | All terms and conditions contained in:<br>https://get.bet/about/dispute-resolution<br>https://get.bet/about/afilias-anti-abuse-policy |
| .black | All terms and conditions contained in:<br>https://get.black/about/dispute-resolution<br>https://get.black/about/afilias-anti-abuse-policy |
| .blue | All terms and conditions contained in:<br>https://dotblue.blue/about/dispute-resolution<br>https://dotblue.blue/about/afilias-anti-abuse-policy |
| .eco | All terms and conditions contained in:<br>https://www.home.eco/policies |
| .green | All terms and conditions contained in:<br>https://get.green/about/dispute-resolution<br>https://get.green/about/afilias-anti-abuse-policy |
| .info .mobi | All terms and conditions contained in:<br>https://afilias.info/policies |
| .kim | All terms and conditions contained in:<br>https://get.kim/about/dispute-resolution<br>https://get.kim/about/afilias-anti-abuse-policy |
| .lgbt | All terms and conditions contained in:<br>https://get.lgbt/about/dispute-resolution<br>https://get.lgbt/about/afilias-anti-abuse-policy<br>https://get.lgbt/LGBTAUP |
| .llc | All terms and conditions contained in:<br>https://get.llc/about/dispute-resolution<br>https://get.llc/about/afilias-anti-abuse-policy |

| | |
|---|---|
| .motorcycles | All terms and conditions contained in:<br>https://get.motorcycles/policies/ |
| .organic | All terms and conditions contained in:<br>https://get.organic/about/dispute-resolution<br>https://get.organic/about/afilias-anti-abuse-policy<br>https://get.organic/registration_policy |
| .pet | All terms and conditions contained in:<br>https://get.pet/about/dispute-resolution<br>https://get.pet/about/afilias-anti-abuse-policy |
| .pink | All terms and conditions contained in:<br>https://get.pink/about/dispute-resolution<br>https://get.pink/about/afilias-anti-abuse-policy |
| .poker | All terms and conditions contained in:<br>https://get.poker/about/dispute-resolution<br>https://get.poker/about/afilias-anti-abuse-policy |
| .promo | All terms and conditions contained in:<br>https://get.promo/about/dispute-resolution<br>https://get.promo/about/afilias-anti-abuse-policy |
| .red | All terms and conditions contained in:<br>https://get.red/about/dispute-resolution<br>https://get.red/about/afilias-anti-abuse-policy |
| .shiksha | All terms and conditions contained in:<br>https://get.shiksha/about/dispute-resolution<br>https://get.shiksha/about/afilias-anti-abuse-policy |
| .vote | All terms and conditions contained in:<br>https://get.vote/vote-anti-abuse-policy |
| .voto | All terms and conditions contained in:<br>https://get.voto/voto-anti-abuse-policy |
| .移动 | All terms and conditions contained in:<br>https://afilias.info/policies |
| .de | All terms and conditions contained in:<br>https://www.denic.de/en/domain-guidelines/<br>https://www.denic.de/en/domain-terms-and-conditions/<br>https://www.denic.de/en/price-list/ |
| .top | All terms and conditions contained in:<br>http://www.nic.top/en/Policy.asp |
| .co | All terms and conditions contained in:<br>https://www.cointernet.com.co/politicas-y-procedimientos/ |
| .one | All terms and conditions contained in:<br>http://nic.one/policies/ |
| .earth | All terms and conditions contained in:<br>https://domain.earth/legal/ |

| .buzz | All terms and conditions contained in: http://get.buzz/about/terms-of-service-tos/ |
|---|---|
| .tube | All terms and conditions contained in: http://www.nic.tube/policies |
| .cn .中国 .公司 .网络 | All terms and conditions contained in: http://cnnic.com.cn/PublicS/fwzxxgzcfg/ |
| .club | All terms and conditions contained in: https://get.club/terms/ |
| .blog | All terms and conditions contained in: https://my.blog/registry-policies-privacy/ |
| .在线 .中文网 | All terms and conditions contained in: https://internetregistry.info/idn-policies/ |
| .vegas | All terms and conditions contained in: http://nic.vegas/policies/ |
| .ag | All terms and conditions contained in: http://www.nic.ag/policies.htm |
| .ruhr | All terms and conditions contained in: https://www.dot.ruhr/registrierungsrichtlinien/ |
| .شبكة | All terms and conditions contained in: http://www.dotshabaka.com/policies-en.html |
| .rich | All terms and conditions contained in: https://nic.rich/policies.php |
| .onl | All terms and conditions contained in: https://nic.onl/policies.php |
| .career | All terms and conditions contained in: http://dotcareer.jobs/policies.html |
| .bar | All terms and conditions contained in: https://www.register.bar/policies/ |
| .review | All terms and conditions contained in: http://nic.review/resources.html |
| .dk | All terms and conditions contained in: https://www.dk-hostmaster.dk/en/terms |
| .je .gg | All terms and conditions contained in: https://www.channelisles.net/legal/terms-and-conditions-1 |
| .ceo .desi .saarland | All terms and conditions contained in: https://centralnicregistry.com/support/policies |
| .melbourne | All terms and conditions contained in: |

| | |
|---|---|
| | https://www.live.melbourne/policies |
| .sydney | All terms and conditions contained in:<br>http://www.ariservices.com/dotsydney |
| .quest | All terms and conditions contained in:<br>https://nic.quest/registry-policies |
| .beauty | All terms and conditions contained in:<br>https://nic.beauty/registry-policies |
| .hair | All terms and conditions contained in:<br>https://nic.hair/registry-policies |
| .skin | All terms and conditions contained in:<br>https://nic.skin/registry-policies |
| .makeup | All terms and conditions contained in:<br>https://nic.makeup/registry-policies |
| .kids | All terms and conditions contained in:<br>https://www.nic.kids/dotkids-files/policies/Dotkids-Guiding-Principles.pdf |
| .nz | All terms and conditions contained in:<br>https://dnc.org.nz/about/compliance-and-enforcement/nz-policies/ |
| .sbs .cfd .bond .cyou .icu | All terms and conditions contained in:<br>https://shortdot.bond/terms-and-conditions-for-domain-registration/ |
| .tw | All terms and conditions contained in:<br>https://www.twnic.tw/en_dnservice_tp.php |
| .spa | All terms and conditions contained in:<br>https://www.nic.spa/spa-policies/ |
| .ong | All terms and conditions contained in:<br>https://thenew.org/org-people/about-pir/policies/ |
| .radio | All terms and conditions contained in:<br>https://www.nic.radio/policies |
| .za | All terms and conditions contained in:<br>https://www.zadna.org.za/publications/policies-and-legislations/ |
| .beer .casa .cooking .fashion .fishing .fit .garden .horse .miami .rodeo .surf .vip .vodka .wedding .work .xn--g2xx48c .yoga .boston .xxx .porn .sex .london .adult | All terms and conditions contained in:<br>https://mmx.co/policies |
| ভারত. ভারত. ভারত. بھارت. इंऩﬁया. భారత్. भारत. | All terms and conditions contained in:<br>https://www.registry.in/system/files/IDN_Registrar_Accreditation_Agreement_1.pdf<br>https://www.registry.in/system/files/IDN_Terms_and_Conditions_for_Registrants_2.pdf |
| .link .sexy .tattoo .guitars | All terms and conditions contained in: |

.gift .pics .photo .christmas
.blackfriday .hiphop .juegos
.audio .click .hosting
.property .diet .help .flowers
.lol .game .mom .cars .car
.auto .hiv .country

http://uniregistry.link/Terms-ofService-for-Uniregistry-Supported-TLDs.html

.academy .accountants
.agency .apartments
.associates .bargains .bike
.bingo .boutique .builders
.business .cab .cafe
.camera .camp .capital
.cards .care .careers .cash
.casino .catering .center
.charity .chat .cheap .church
.city .claims .cleaning .clinic
.clothing .coach .codes
.coffee .community
.company .computer
.condos .construction
.contractors .cool .corp
.coupons .cpa .credit
.creditcard .cruises .dating
.deals .delivery .dental
.diamonds .digital .direct
.directory .discount .doctor
.dog .domains .education
.email .energy .engineering
.enterprises .equipment
.estate .events .exchange
.expert .exposed .express
.fail .farm .finance .financial
.fish .fitness .flights .florist
.football .foundation .fund
.furniture .fyi .gallery .gifts
.glass .gmbh .gold .golf
.graphics .gratis .gripe
.group .guide .guru
.healthcare .hockey
.holdings .holiday .home
.hospital .hotel .house .immo
.industries .institute .insure
.international .investments
.irish .jetzt .jewelry .kitchen
.land .lease .legal .life
.lighting .limited .limo .loans
.ltd .mail .maison
.management .marketing
.mba .media .money .movie
.music .network .partners
.parts .photography .photos
.pictures .pizza .place
.plumbing .plus .productions
.properties .recipes .reise
.reisen .rentals .repair
.report .restaurant .run
.salon .sarl .school .schule
.services .shoes .shopping
.show .singles .soccer .solar
.solutions .style .supplies
.supply .support .surgery
.systems .tax .taxi .team
.technology .tennis .theater
.tienda .tips .tires .today
.tools .tours .town .toys
.training .university
.vacations .ventures .viajes
.villas .vin .vision .voyage
.web .watch .wine .works
.world .wtf .zone .企业 .xn--
vhquv .商店 .xn--czrs0t .娱
乐 .xn--fjq720a .游戏 .xn--
unup4y .actor .airforce

All terms and conditions contained in:
I. https://donuts.domains/about/policies/ and,
II. Exhibit 01 (Donuts TLDs).

| | |
|---|---|
| .army .attorney .auction .band .consulting .contact .dance .degree .democrat .dentist .engineer .family .fan .forsale .futbol .games .gives .haus .immobilien .kaufen .lawyer .live .market .memorial .moda .mortgage .navy .news .ninja .pub .rehab .republican .reviews .rip .rocks .sale .social .software .studio .travel .vet .video | |
| .fun .host .online .press .site .space .store .tech .uno .website | All terms and conditions contained in: https://radix.website/policies |

**APPENDIX B**

## TLD-Specific Periods

| Top Level Domains | PERIODS APPLICABLE TO TLD |
|---|---|
| .XXX | Dynadot may auction for sale any .XXX domain name that is not renewed within the first XX calendar days of its Post-Expiration Period. |

# EXHIBIT 01: DONUTS TLDS

### 1   REGISTRANT IS NOT A RESTRICTED PERSON

1.1    Neither You nor Your agent shall seek to register or gain control of, directly or indirectly, a domain name of a top-level domain to which this Exhibit 01 (Donuts Binky Moon TLDs) applies (as provided for under Appendix A (Additional TLD Rules)) if You are person or entity:

    a)    that is, or is owned or controlled by a person or entity that is, designated on sanctions list maintained by the United Nations or United States (including without limitation the U.S. Department of the Treasury Office of Foreign Assets Control); or,

    b)    located in or organized under the laws of a jurisdiction that is subject to comprehensive U.S. sanctions.

### 2   .ARMY, .NAVY & .AIRFORCE TLDS

2.1    If You register or gain control of, directly or indirectly, a domain name of a .ARMY, .NAVY or .AIRFORCE top-level domain, then You agree:

    a)    to comply with all applicable laws, including those that relate to privacy, data collection, consumer protection (including in relation to misleading and deceptive conduct), fair lending, debt collection, organic farming, disclosure of data, and financial disclosures;

    b)    to implement reasonable and appropriate security measures commensurate with the offering to collect and maintain sensitive health and financial data, as defined by applicable law;

    c)    to provide administrative contact information, which must be kept up-to-date, for the notification of complaints or reports of registration abuse, as well as the contact details of the relevant regulatory, or industry self-regulatory, bodies in their main place of business;

    d)    to represent that You possess any necessary authorizations, charters, licenses and/or other related credentials for

d) <!-- partially obscured by header --> participation in the sector associated with such top-level domain;

e) to report any material changes to the validity of Your authorizations, charters, licenses and/or other related credentials for participation in the sector associated with the top-level domain to ensure You continue to conform to the appropriate regulations and licensing requirements and generally conduct Your activities in the interests of the consumers You serve; and,

f) to take steps to ensure against misrepresenting or falsely implying that You or Your business are affiliated with, sponsored or endorsed by one or more country's or government's military forces if such affiliation, sponsorship or endorsement does not exist.

## 3   .TRAVEL TLD

3.1   Neither You nor Your agent should seek to register or gain control of, directly or indirectly, a domain name of a .TRAVEL top-level domain unless You engage in or plan to engage in activities related to travel.

## 4   DPML USE

4.1   Neither You nor Your agent shall seek to, directly or indirectly, submit an application for a DPML Block or modify any DPML Block unless You agree:

a) to participate in good faith in any proceedings commenced by or against the applicant or holder of a DPML Block as required by the respective registry or registry operator;

b) that the respective registry operator and its agents are authorized to share information relating to You and Your application for a DPML Block; and,

c) to participate in and abide by any determinations made as part the registry operator's dispute resolution procedures, including without limitation the AAP, the URS, and the UDRP.

## 5   OTHER

5.1   You understand and agree that aggregate liability of a registry and registry operator for damages to You shall in any case be limited to the amounts specified in the respective agreement between Dynadot and the registry (or registry operator). You further agree to submit to a binding arbitration for disputes with any registry and registry operator.


**dynadot**

EN ∨   USD ($) ∨

Newsletter sign-up

Enter email   Submit

Download the app: 

**Domains**
Domain Search
Transfer
IDNs Search
TLD Prices
Sales
Resellers
Websites
Email

SSL
Domain Suggestion Tool
Security
Grace Deletion
API
Whois Lookup
Payment Plan

**Aftermarket**
Aftermarket Search
Market Overview
User Listings
Backorders
Expired Auctions
User Auctions
Backorder Auctions
Last Chance Auctions
Expired Closeout

**Support**
Blog
Help Files
Forums
Buying Domains
Selling Domains
Newsletter
Prepay
Payment Options
Report Abuse

**Dynadot**
About
Contact
Events
Site Map
APP
Refer-a-friend
Affiliate
Auction Affiliate

Back to Top ∧

Copyright © 2002-2023 Dynadot Inc. All rights reserved.          Privacy Policy    Service Agreement

 namePros Domaining

# Exhibit 2

Whoa! Don't miss out on these exclusive flash sales. ⚡ Find great deals on over 20 top-level domains. Shop now!   EN ⌄   USD ($) ⌄   ✕



Support

# Contact Dynadot

Hey there! We're here to help if you need us.

**Chat with us now** ›    **Email us** ›

## Dynadot Contact Info



**Email**
info@dynadot.com



**Fax**
+1.415-869-2893



**Address**
210 S Ellsworth Ave
#345 San Mateo, CA
94401 US



**Office Hours**
Mon-Sun 9am - 6pm
PST



# Still have a question?

📖 Search our FAQs    ✉ Submit an abuse complaint



| Domains | | Aftermarket | Support | Dynadot |
|---|---|---|---|---|
| Domain | SSL | Aftermarket Search | Blog | About |

EN

USD ($)

**Newsletter sign-up**

Enter email | Submit

Search

Transfer

IDNs Search

TLD Prices

Sales

Resellers

Websites

Email

Domain Suggestion Tool

Security

Grace Deletion

API

Whois Lookup

Payment Plan

Market Overview

User Listings

Backorders

Expired Auctions

User Auctions

Backorder Auctions

Last Chance Auctions

Expired Closeout

Help Files

Forums

Buying Domains

Selling Domains

Newsletter

Prepay

Payment Options

Report Abuse

Contact

Events

Site Map

APP

Refer-a-friend

Affiliate

Auction Affiliate

Download the app:

Copyright © 2002-2023 Dynadot Inc. All rights reserved.     Privacy Policy     Service Agreement

  

# Exhibit 3

California
Secretary of State

🏠 Home

🔍 Search

📄 Forms

❓ Help

Business    UCC                                                                    Login

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

- A Basic search can be performed using an entity name or entity number. When conducting a search by an entity number, where applicable, remove **"C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ?keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

- An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

- An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ?begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500 entities provided, please refine the search criteria using the Advanced search function for additional results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

| dynadot inc | 🔍 |
|---|---|

Advanced ⌄

Results: 1

| Entity Information ⇕ | Initial Filing Date ⇕ | Status ⇕ | Entity Type ⇕ | Formed In ⇕ | Agent ⇕ |
|---|---|---|---|---|---|
| **DYNADOT INC (200224610093)** › | 08/27/2002 | Active | Stock Corporation - CA - General | CALIFORNIA | TODD HAN |

## DYNADOT INC (200224610093)                                                    ✕


Request Certificate

| | |
|---|---|
| Initial Filing Date | 08/27/2002 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | CALIFORNIA |
| Entity Type | Stock Corporation - CA - General |
| Principal Address | 205 EAST 3RD AVE STE 314 SAN MATEO, CA 94401 |
| Mailing Address | 205 EAST 3RD AVE STE 314 SAN MATEO,CA94401 |
| Statement of Info Due Date | 08/31/2024 |
| Agent | Individual TODD HAN 205 E 3RD AVE STE 314 SAN MATEO, CA 94401 |


View History


Request Access