Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4756
Email: mfloyd@ktslaw.com

Joseph R. Oliveri*
Steven J. Harrison*
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
joe@clarelocke.com
steven@clarelocke.com
*Pro Hac Vice Application Forthcoming

  *Attorneys for Applicant Gregory Gliner*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| *In re Ex Parte* Application of | MISCELLANEOUS CASE NO.: |
|---|---|
| GREGORY GLINER, | |
| Applicant, | **[PROPOSED] ORDER GRANTING GREGORY GLINER'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Dynadot, Inc. for Use in Foreign Proceedings | |

## [PROPOSED] ORDER

This matter comes before the Court on Gregory Gliner's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings (the "Application"), seeking discovery from Dynadot, Inc. in connection with contemplated legal proceedings in the United Kingdom.

The Court, having fully considered the Application, and good cause appearing, **HEREBY GRANTS** the Application.

**IT IS HEREBY ORDERED** that:

- 2 -

Applicant Gliner is granted leave to issue a subpoena for documents and a subpoena for a deposition to Dyandot, Inc., in a form substantially similar to the subpoenas attached as **Exhibit B** and **Exhibit C**, respectively, to the Application.

**IT IS SO ORDERED.**

Dated: _____          _____