Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4756
Email: mfloyd@ktslaw.com

Joseph R. Oliveri*
Steven J. Harrison**
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
joe@clarelocke.com
steven@clarelocke.com
*Admitted *Pro Hac Vice*
**Pro Hac Vice* Application Pending

*Attorneys for Applicant Gregory Gliner*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Gregory Gliner,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings. | CASE NO.: 24-mc-80087-LB<br><br>**APPLICANT GREGORY GLINER'S STATEMENT IN RESPONSE TO THE COURT'S APRIL 21, 2024 ORDER** |

Applicant Gregory Gliner submits this Statement in accordance with the Court's April 21, 2024 Order, in which the Court directed Mr. Gliner to "file a statement indicating whether he wants the [28 U.S.C. § 1782] application to be considered ex parte." (Order at 2.)

Mr. Gliner states that he wants his Application to be considered *ex parte*, in accordance with the caselaw cited in his Application holding that "[a]pplications brought pursuant to 28 U.S.C. § 1782 typically are considered on an *ex parte* basis, since 'parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.'" *In re Ex Parte Application of Apple Retail UK Ltd.*, No. 20-mc-80109, 2020 WL 3833392, at *2 (N.D. Cal. July 8, 2020) (quoting *IPCom GMBH & Co. KG*

*v. Apple Inc.*, 61 F. Supp. 3d 919, 922 (N.D. Cal. 2014)); *see also In re Republic of Ecuador*, No. 10-mc-80225, 2010 WL 3702427, at *2 (N.D. Cal. Sept. 15, 2010); *In re Letters Rogatory from the Tokyo Dist.*, 539 F.2d 1216, 1219 (9th Cir. 1976). As this caselaw recognizes, Dynadot will have adequate and proper notice (and the ability to file any objections it may have) once the Court issues its *ex parte* ruling and the Application is served on Dynadot.

Dated: April 23, 2024

KILPATRICK TOWNSEND & STOCKTON LLP

By:  */s/ Michele Floyd*
Michele Floyd (SBN 163031)

CLARE LOCKE LLP

By:  */s/ Joseph R. Oliveri*
Joseph R. Oliveri* (DC Bar No. 994029)
**Pro Hac Vice* Application Forthcoming*

*Attorneys for Applicant Gregory Gliner*

**FILER ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on this 23rd day of April, 2024, at San Francisco, California.

                                                     */s/ Michele Floyd*
                                                    Michele Floyd