| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | APR 3 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GREGORY GLINER, In re Ex Parte Application of Gregory Gliner, for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings,

        Movant - Appellant.

No. 24-4624

D.C. No. 3:24-mc-80087-JD

Northern District of California, San Francisco

MANDATE

The judgment of this Court, entered April 01, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT