Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone: (415) 273-4756
Email: mfloyd@ktslaw.com

Joseph R. Oliveri*
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone: (202) 628-7400
Email: joe@clarelocke.com
*Pro Hac Vice

Attorneys for Applicant Gregory Gliner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Gregory Gliner,<br><br>Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | CASE NO.: 3:24-MC-80087-JD<br><br>**GREGORY GLINER'S L.R. 7-11 MOTION FOR ADMINISTRATIVE RELIEF:**<br><br>**MOTION TO PLACE CASE ON CIVIL ACTIVE LIST FOLLOWING REMAND AND TO SET AN EXPEDITED HEARING** |

Applicant Gregory Gliner respectfully moves the Court under Local Rule 7-11 to place this case back on the Civil Active List and set an expedited hearing on his *ex parte* Discovery Application under 28 U.S.C. § 1782. The Ninth Circuit issued its mandate on April 3, 2025, and there are impending deadlines in the English litigation for which Mr. Gliner's Application seeks discovery.[1] As set forth in greater detail below, time has become of the essence. In support of his Motion, Mr. Gliner states as follows:

## RELEVANT FACTS

1. Mr. Gliner filed this *ex parte* action on April 11, 2024, seeking an order authorizing discovery under 28 U.S.C. § 1782 from Dynadot, Inc. to identify the person(s) who pseudonymously published a defamatory article on PoliticalLore.com so he can sue the person(s) in the United Kingdom. [Dkt. 1.]

2. On May 28, 2024, this Court entered an Order denying Mr. Gliner's Application. [Dkt. 11.] Mr. Gliner moved for reconsideration [Dkt. 12], and on June 26, 2024, the Court denied Mr. Gliner's motion [Dkt. 13]. Mr. Gliner timely appealed. [Dkt. 14].

3. Meanwhile, because of statute-of-limitations considerations relating to Mr. Gliner's English defamation claim (for which he seeks discovery in this case), Mr. Gliner filed in England a defamation claim against "Persons Unknown" that he intends to amend to pursue against the actual publisher of the defamatory article when he is identified through the discovery sought in his Application. *See Gregory Gliner v. Persons Unknown*, No. KB-2024-001583 (Eng.).

4. During oral argument in his appeal in this case, Mr. Gliner's counsel asked the Ninth Circuit to expedite consideration of his appeal because Mr. Gliner faces deadlines in his English action relating to the service of the defendant, and those deadlines cannot be extended indefinitely.[2]

---

[1] "Applications brought pursuant to 28 U.S.C. § 1782 typically are considered on an ex parte basis, since 'parties will be given adequate notice of any discovery taken pursuant to the request and will then have the opportunity to move to quash the discovery or to participate in it.'" *In re Apple Retail UK Ltd.*, No. 20-mc-80109, 2020 WL 3833392, at *2 (N.D. Cal. July 8, 2020).

[2] *See* Oral Argument Recording at 10:30, *In re Gliner*, No. 24-4624 (9th Cir. Mar. 3, 2025), https://cdn.ca9.uscourts.gov/datastore/media/2025/03/03/24-4624.mp3.

5. On April 1, 2025—just under a month after oral argument—the Ninth Circuit issued its Opinion vacating this Court's Order denying Mr. Gliner's Application and remanding with the instruction that "the district court should consider the § 1782 statutory requirements and exercise its discretion under *Intel* in the first instance." *In re Gliner*, 133 F.4th 927, 935 (9th Cir. 2025).

6. That same day, Mr. Gliner moved the Ninth Circuit to immediately issue its mandate, again citing the impending deadlines in the English litigation for which Mr. Gliner's Application seeks discovery.[3] Mr. Gliner explained that, as his counsel noted during oral argument, "'[t]he English court is ... waiting on the American courts to act,' and it might not continue to extend the deadline for Mr. Gliner to serve the defendant in his English defamation action, which could result in the dismissal of that action and substantial prejudice to Mr. Gliner.[4]

7. The Ninth Circuit granted Mr. Gliner's Motion and issued its mandate on April 3, 2025. [Dkt. 17].[5]

8. Mr. Gliner has a deadline of September 30, 2025 to serve the defendant in his English defamation action—a deadline that has now been extended twice by the English court as it awaits developments in this case. *See* Order, *Gregory Gliner v. Persons Unknown*, No. KB-2024-001583 (Eng. Apr. 4, 2025) (attached as Exhibit A).

## **REQUEST**

Mr. Gliner respectfully requests that the Court place this case on its Civil Active List and set an expedited hearing to consider his Application. As this is an *ex parte* action, there is no opposition to Mr. Gliner's Application or to this Motion. The relief requested in this Motion is necessary because Mr. Gliner is facing a September 30, 2025 deadline to serve the defendant(s) in his English defamation case, because he needs to obtain the discovery he seeks in his Application in this case to do so, and because obtaining that discovery will take time even after the Court grants his Application (if the Court grants his Application).

---

[3] Applicant-Appellant Gregory Gliner's Mot. for Immediate Issuance of the Court's Mandate, *In re Gliner*, No. 24-4624 (9th Cir. Apr. 1, 2025).

[4] *Id.* at 3.

[5] *See* Order, *In re Gliner*, No. 24-4624 (9th Cir. Apr. 3, 2024); Mandate, *In re Gliner*, No. 24-4624 (9th Cir. Apr. 3, 2024).

| | | |
|---|---|---|
| 1 | Dated: May 21, 2025 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | | By:  /s/ Michele Floyd |
| 3 | | Michele Floyd (SBN 163031) |

CLARE LOCKE LLP

By:  /s/ Joseph R. Oliveri
Joseph R. Oliveri* (DC Bar No. 994029)
*Pro Hac Vice*

*Attorneys for Applicant Gregory Gliner*

**FILER ATTESTATION**

In accordance with Civil Local Rule 5-1(h)(3), I hereby certify that I have authorization to file this document from the signatories above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 21st day of May, 2025 at Knoxville, Tennessee.

                                                             */s/ Joseph R. Oliveri*
                                                             Joseph R. Oliveri

# Exhibit A

| | |
|---|---|
| **IN THE HIGH COURT OF JUSTICE**<br>**KING'S BENCH DIVISION** | **Claim No.** KB-2024-001583 |

**Before Master Eastman**

Dated 2nd April 2025

**BETWEEN**

Mr Gregory Gliner

- and -

Person(s) Unkown

**ORDER**

**UPON** the Claimant's application dated 26 March 2025 to further extend the period for service of the Claim Form on the Defendants (the "**Application**")

**AND UPON** reading the second witness statement of Henry Eccles-Williams dated 26 March 2025 and the second witness statement of Joseph Oliveri dated 26 March 2025

**AND UPON** the Court considering the application without a hearing

**IT IS ORDERED THAT:**

1. Time for service of the Claim Form shall be further extended, pursuant to CPR 7.6(1), to 30 September 2025.

2. Costs in the case.

3. The Defendants may apply to vary or set aside this order within 7 days from the date of service of this Order.

4. A copy of this Order shall be served by the Claimant on the Defendants at the same time as the Claim Form.

[Court seal: HIGH COURT OF JUSTICE, QUEEN'S BENCH DIVISION — Claimant 04 Apr 2025 Defendant — KB-2024-001583]

**SERVICE OF THE ORDER**

The Court has sent sealed copies of this order to:

Mishcon de Reya LLP, Africa House, 70 Kingsway, London WC2B

AWD/HEW/52300.12



**ROYAL COURTS OF JUSTICE GROUP**
**King's Bench Division**
**Masters' Listing**
Royal Courts of Justice
Strand, London
WC2A 2LL

**DX** 44450 Strand

**T** 020 3936 8957 Option 4
**E** KBMastersListing@justice.gov.uk
**www.gov.uk/HMCTS**

Mishcon de Reya LLP
Africa House
70 Kingsway
London WC2B
DX: 37954 Kingsway

Ref: AWD/HEW/52300.12

Date: 04-04-2025

Dear Madam/Sir,

**RE: KB-2024-001583 Gliner v Unkown**

Please find the enclosed documents.

Yours faithfully,

Ian Ang

**Masters' Listing**
**King's Bench Division**