1   Michele Floyd (SBN 163031)
    KILPATRICK TOWNSEND & STOCKTON LLP
2   2 Embarcadero Center, Suite 1900
    San Francisco, CA 94111
3   Telephone:  (415) 273-4756
    Email:  mfloyd@ktslaw.com
4
    Joseph R. Oliveri*
5   CLARE LOCKE LLP
    10 Prince Street
6   Alexandra, VA 22314
    Telephone: (202) 628-7400
7   joe@clarelocke.com
    *Pro Hac Vice Application Forthcoming
8
    Attorneys for Applicant Gregory Gliner
9

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12

13   *In re Ex Parte* Application of          MISCELLANEOUS CASE NO.:

14   GREGORY GLINER,

15   Applicant,                               **[PROPOSED] ORDER GRANTING
                                              GREGORY GLINER'S L.R. 7-11 MOTION**
16   For an Order Pursuant to 28 U.S.C. § 1782  **FOR ADMINISTRATIVE RELIEF:
     Granting Leave to Obtain Discovery        MOTION TO PLACE CASE ON CIVIL
17   from Dynadot, Inc. for Use in             ACTIVE LIST FOLLOWING REMAND
     Foreign Proceedings                       AND TO SET AN EXPEDITED HEARING**
18

19

20          This matter comes before the Court on Gregory Gliner's L.R. 7-11 Motion for

21   Administrative Relief: Motion to Place Case om Civil Active List Following Remand and to Set an

22   Expedited Hearing (the "Motion").

23          The Court, having fully considered the Motion, and good cause appearing, **HEREBY**

24   **GRANTS** the Motion.  A hearing on Mr. Gliner's Application is set for _____.

25          **IT IS SO ORDERED.**

26   Dated: _____          _____

27

28