

## CLARE LOCKE
### L L P

**JOSEPH R. OLIVERI**
joe@clarelocke.com
(202) 628-7405

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

November 26, 2025

The Honorable James Donato                                    *Filed via CM/ECF*
San Francisco Courthouse, Courtroom 11, 19th Floor
450 Golden Gate Avenue, San Francisco, CA 94102

> **Re:**   *In re Gliner*, No. 3: 24-MC-80087-JD (N.D. Cal.)
> Notice of Dynadot's Failure to Respond to or Oppose Mr. Gliner's October 24, 2025 Discovery Letter; Request for Relief as Unopposed

Dear Judge Donato:

I am counsel to Applicant Gregory Gliner in the above-referenced case. I write because Dynadot did not respond to Mr. Gliner's October 24, 2025 Discovery Letter [Dkt. 25] as the Court ordered it to do by November 19, 2025 [Dkt. 27]. Because Dynadot has chosen not to oppose (or respond at all) to that Letter, Mr. Gliner respectfully requests that the Court grant the relief sought therein as unopposed and enter an Order in the form of the Proposed Order attached thereto and reattached here.

<u>Relevant Facts</u>

- On August 12, 2025, the Court granted Mr. Gliner's Application and authorized service of a document subpoena and deposition subpoena on Dynadot. [Dkt. 22.]

- On August 18, 2025, Mr. Gliner served his subpoenas on Dynadot. [Dkt. 23 at Exhibit.] Dynadot did not timely respond.

- On September 11, 2025, I filed a Discovery Letter with the Court regarding Dynadot's failure to comply with the subpoenas. [Dkt. 23.] Dynadot subsequently produced (but not all) information requested in Mr. Gliner's document subpoena, but no documents.

- On October 24, 2025, I filed a second Discovery Letter with the Court regarding Dynadot's failure to comply with the subpoena. [Dkt. 25.] As I explained in that Letter, the parties had met and conferred again and Mr. Gliner agreed to (1) forego the production of documents by Dynadot on the condition that Dynadot produces the information it omitted from its response to his document (as detailed therein) and (2) forego a deposition of Dynadot as required by his deposition subpoena provided that Dynadot provides a



declaration in accordance with 28 U.S.C. § 1746 authenticating the information it provides in response his document subpoena.  [*Id.* at 1.]

- On October 28, 2025, Mr. Gliner filed proof of service of the letter on Dynadot.  [Dkt. 26.]

- On October 30, 2025 the Court ordered Dynadot "to file by November 19, 2025, a response to the discovery letter filed by applicant Gliner, Dkt. No. 25" and ordered "Gliner ... to advise Dynadot of this order, and to file a declaration by October 31, 2025, stating he has done so." [Dkt. 27.]

- On October 31, 2025, in accordance with the Court's Order, Mr. Gliner's counsel advised Dynadot of the Court's Order and filed a Declaration confirming the same.  [Dkt. 28].

- Dynadot did not file a response to Mr. Gliner's Discovery Letter as ordered by the Court. It has now been a week since Dynadot's deadline to do so.

## Requested Relief

Because Dynadot did not file any opposition or response to Mr. Gliner's October 24, 2025 Discovery Letter as ordered by the Court, Mr. Gliner respectfully requests that the Court grant the relief sought in Mr. Gliner's Letter as unopposed.  Specifically, Mr. Gliner respectfully requests that the Court enter the Proposed Order attached to that Letter and reattached here.

Very truly yours,

Joseph R. Oliveri
*Counsel to Applicant Gregory Gliner*

1   Michele Floyd (SBN 163031)
    KILPATRICK TOWNSEND & STOCKTON LLP
2   2 Embarcadero Center, Suite 1900
    San Francisco, CA 94111
3   Telephone:  (415) 273-4756
    Email:  mfloyd@ktslaw.com
4
    Joseph R. Oliveri*
5   Steven J. Harrison*
    CLARE LOCKE LLP
6   10 Prince Street
    Alexandria, VA 22314
7   Telephone: (202) 628-7400
    joe@clarelocke.com
8   steven@clarelocke.com
    *Pro Hac Vice Application Forthcoming
9
    Attorneys for Applicant Gregory Gliner
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  *In re Ex Parte* Application of                    CASE NO.:
                                                3:24-MC-80087-JD (N.D. Cal.)
15  GREGORY GLINER,

16  Applicant,

17  For an Order Pursuant to 28 U.S.C. § 1782    **[PROPOSED]**
    Granting Leave to Obtain Discovery        **ORDER GRANTING**
18  from Dynadot, Inc. for Use in             **GREGORY GLINER'S**
    Foreign Proceedings                       **OCTOBER 24, 2025**
                                              **LETTER MOTION**
19

20

21          This matter comes before the Court on Gregory Gliner's October 24, 2025 Letter Motion.

22          The Court, having fully considered the Letter Motion, and good cause appearing, **HEREBY**

23  **GRANTS** the Letter Motion.

24          **IT IS HEREBY ORDERED** that:

25          1.      Dynadot Inc. is ORDERED to produce all information in its possession, custody, or

26  control responsive to Mr. Gliner's Document Subpoena, including but not limited to information

27  relating to all forms and means of payment relating to the registration of PoliticalLore.com and/or

28  any person(s) who engaged the services of Dynadot in any respect with regard to PoliticalLore.com,

which information shall include, but not be limited to, the numbers of any credit cards or payment accounts used as means of payment and all information associated with those credit cards or payment accounts;

2.  Dynadot Inc. is ORDERED to provide a Declaration in accordance with 28 U.S.C. § 1746 authenticating all information provided in response to Mr. Gliner's Document Subpoena; and

3.  Mr. Gliner is ORDERED to compensate Dynadot, Inc. for reasonable time spent complying with this Order, in such an amount expended by Dynadot, Inc., but not to exceed $300.00.

**IT IS SO ORDERED.**

Dated: _____          _____