UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF GREGORY GLINER,<br><br>Applicant | Case No. 24-mc-80087-JD<br><br>**ORDER RE DISCOVERY** |

The record indicates that Alex Levit, general counsel of non-party Dynadot, Inc., has been advised of the proceedings in this case and the Court's order directing Dynadot to respond to a discovery letter filed by applicant Gregory Gliner asking to compel enforcement of a document subpoena. *See* Dkt. No. 25 (letter); Dkt. No. 27 (order); Dkt. No. 28 (declaration re transmission of order to Dynadot). Dynadot did not comply with the order or otherwise communicate with the Court with respect to it or the document subpoena served by Gliner.

Dynadot has had a full and fair opportunity to respond to the discovery letter and object to the document subpoena, and elected not to act in any way. Consequently, objections to the subpoena are deemed waived, with the single exception that Dynadot may withhold privileged material pending further order of the Court. Attorney Levit is directed to produce documents responsive to the subpoena by January 26, 2026, and to provide a privilege log by the same deadline for documents withheld on a privilege claim. A failure to provide the log will be deemed a waiver of the privilege. For the parties' guidance, Dynadot need not produce credit card or bank account numbers at this time. Such personal information is highly sensitive and confidential, and a proposed protective order has not been filed by Gliner. The Court is also concerned that the production of such information would be unduly intrusive into the privacy rights of the individuals involved.

Counsel for Gliner, Joseph Oliveri, will file by December 22, 2025, a declaration attesting to service of this order on attorney Levit and Dynadot. Attorney Levit and Dynadot are advised that a failure to comply with this order in any respect will result in sanctions against each of them, including without limitation contempt proceedings, and monetary and professional conduct sanctions.

**IT IS SO ORDERED.**

Dated: December 19, 2025

JAMES DONATO
United States District Judge