Michele Floyd (SBN 163031)
KILPATRICK TOWNSEND & STOCKTON LLP
2 Embarcadero Center, Suite 1900
San Francisco, CA 94111
Telephone:  (415) 273-4756
Email:  mfloyd@ktslaw.com

Joseph R. Oliveri*
Steven J. Harrison*
CLARE LOCKE LLP
10 Prince Street
Alexandra, VA 22314
Telephone:  (202) 628-7400
Email:  joe@clarelocke.com
Email:  steven@clarelocke.com
*Pro Hac Vice

Attorneys for Applicant Gregory Gliner

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of | CASE NO.<br>No. 3:24-MC-80087-JD |
| Gregory Gliner, | |
| Applicant, | **DECLARATION OF JOSEPH R. OLIVERI IN ACCORDANCE WITH THE COURT'S DECEMBER 19, 2025 ORDER** |
| For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings | |

DECL. OF JOSEPH R. OLIVERI IN ACCORDANCE WITH THE COURT'S DEC. 19, 2025 ORDER

## DECLARATION OF JOSEPH R. OLIVERI

I, Joseph R. Oliveri, declare:

1.    I am counsel for Applicant Gregory Gliner ("Mr. Gliner"), and I submit this Declaration in accordance with the Court's December 19, 2025 Order in this case (the "December 19 Order").  [Dkt. 30.]

2.    I am an attorney at law duly authorized to practice before the courts of the District of Columbia, I am a partner of the law firm Clare Locke LLP, and I am admitted to practice *pro hac vice* in this case.  I am over the age of 18, am not a party to his action, and make this Declaration on the basis of my personal knowledge.

3.    In accordance with the Court's December 19 Order, I served the December 19 Order on Dynadot and its attorney, Alex Levit, on December 20, 2025.  I did so by emailing a copy of it to Mr. Levit at the email address legal@dynadot.com, which is the email address at which I have previously corresponded with Mr. Levit.

4.    I have attached hereto as an **Exhibit** and incorporated herein by reference a true and correct copy of the email I sent Mr. Levit advising him of the Court's Order, together with the copy of the Order that I attached to the email.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 22nd day of December, 2025, at Knoxville, Tennessee.

Joseph R. Oliveri

- 1 -
DECL. OF JOSEPH R. OLIVERI IN ACCORDANCE WITH THE COURT'S DEC. 19, 2025 ORDER

# Exhibit 1

| **Subject:** | Re: In re Gliner, 3-24-mc-80087-JD; politicallore.com; Dynadot production - Service of Court Order |
| --- | --- |
| **Date:** | Saturday, December 20, 2025 at 4:07:26 PM Eastern Standard Time |
| **From:** | Joe Oliveri |
| **To:** | Dynadot Legal |
| **BCC:** | file |
| **Attachments:** | 2025-12-19 Dkt 030 Order re Discovery.pdf |

Dear Alex,

I hope you are doing well.  Yesterday, the Court in the above-captioned case entered the attached Order and directed me to serve the Order on both Dynadot and you—which I am hereby doing. For your convenience, here is the text of the Order:

*The record indicates that Alex Levit, general counsel of non-party Dynadot, Inc., has been advised of the proceedings in this case and the Court's order directing Dynadot to respond to a discovery letter filed by applicant Gregory Gliner asking to compel enforcement of a document subpoena. See Dkt. No. 25 (letter); Dkt. No. 27 (order); Dkt. No. 28 (declaration re transmission of order to Dynadot). Dynadot did not comply with the order or otherwise communicate with the Court with respect to it or the document subpoena served by Gliner.*

*Dynadot has had a full and fair opportunity to respond to the discovery letter and object to the document subpoena, and elected not to act in any way. Consequently, objections to the subpoena are deemed waived, with the single exception that Dynadot may withhold privileged material pending further order of the Court. Attorney Levit is directed to produce documents responsive to the subpoena by January 26, 2026, and to provide a privilege log by the same deadline for documents withheld on a privilege claim. A failure to provide the log will be deemed a waiver of the privilege. For the parties' guidance, Dynadot need not produce . Such personal information is highly sensitive and confidential, and a proposed protective order has not been filed by Gliner. The Court is also concerned that the production of such information would be unduly intrusive into the privacy rights of the individuals involved.*

*Counsel for Gliner, Joseph Oliveri, will file by December 22, 2025, a declaration attesting to service of this order on attorney Levit and Dynadot. Attorney Levit and Dynadot are advised that a failure to comply with this order in any respect will result in sanctions against each of them, including without limitation contempt proceedings, and monetary and professional conduct sanctions.  IT IS SO ORDERED.   Dated: December 19, 2025*

Best,
Joe

Joseph R. Oliveri | Partner
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7405    direct | (413) 657-6750    cell

joe@clarelocke.com │ www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.